# EXHIBIT A



**CT Corporation**
**Service of Process Notification**
05/23/2024
CT Log Number 546505357

## Service of Process Transmittal Summary

**TO:**  LEGAL DEPARTMENT - SOP
TESLA, INC.
3000 HANOVER ST
PALO ALTO, CA 94304-1112

**RE:**  **Process Served in California**

**FOR:**  TESLA MOTORS, INC.  (Assumed Name)  (Domestic State: DE)
Tesla, Inc. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: LILIT ARAKELYAN, an individual; TARON HAKOBYAN, an individual // To: Tesla, Inc. |
| **DOCUMENT(S) SERVED:** | Complaint, Exhibit(s), Summons, Order, Notice, first Amended General Order, Attachment(s) |
| **COURT/AGENCY:** | Los Angeles County - Superior Court - Northeast District, CA<br>Case # 24NNCV01682 |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - Product Name:2023 Tesla Model X VIN:75AXCBE58PF367233 |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/23/2024 at 12:47 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after this summons and legal papers are served on you (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Hovanes Margarian<br>THE MARGARIAN LAW FIRM<br>462 West Colorado Street<br>Glendale, CA 91204<br>818-553-1000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/24/2024, Expected Purge Date: 05/29/2024<br><br>Image SOP<br><br>Email Notification,  LEGAL DEPARTMENT - SOP  legalsop@tesla.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |
| **REMARKS:** | The document(s) received have been modified to reflect the name of the entity being served. |



**CT Corporation**
**Service of Process Notification**
05/23/2024
CT Log Number 546505357

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                    Thu, May 23, 2024
**Server Name:**             DROP SERVICE

| Entity Served | TESLA MOTORS INC |
|---|---|
| Case Number | 24NNCV01682 |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



1   Hovanes Margarian, SBN 246359
    hovanesm@margarianlaw.com
2   Armen Margarian, SBN 313775
    armenm@margarianlaw.com
3   Shushanik Margarian, SBN 318617
    shushanik@margarianlaw.com
4   THE MARGARIAN LAW FIRM
    462 West Colorado Street
5   Glendale, California 91204
    Telephone Number: (818) 553-1000
6   Facsimile Number: (818) 553-1005

7   Attorneys for Plaintiffs
    LILIT ARAKELYAN
8   TARON HAKOBYAN

Electronically FILED by
Superior Court of California,
County of Los Angeles
5/17/2024 4:34 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By N. Le, Deputy Clerk

9           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10       **THE COUNTY OF LOS ANGELES, NORTHEAST JUDICIAL DISTRICT**

11

12   LILIT ARAKELYAN, an individual; TARON      Case No.:   24NNCV01682
     HAKOBYAN, an individual,
13                                              **PLAINTIFFS' COMPLAINT FOR
              Plaintiffs,                       DAMAGES**
14   vs.

15   TESLA MOTORS, INC., a Delaware Corporation;
     and DOES 1 through 30, inclusive,
16
              Defendants.
17

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**COMPLAINT**

NOW COME Plaintiffs LILIT ARAKELYAN, an individual; TARON HAKOBYAN, an individual, by and through Plaintiffs' attorneys of record, The Margarian Law Firm, with Plaintiffs' Complaint for Damages against Defendants TESLA MOTORS, INC. a Delaware Corporation; and DOES 1 through 30, inclusive, allege and affirmatively state as follows:

**PARTIES**

1.    Plaintiffs LILIT ARAKELYAN and TARON HAKOBYAN ("Plaintiffs") are and were at all times relevant herein individuals residing in Los Angeles County, State of California and purchased a new 2023 Tesla Model X bearing the Vehicle Identification Number 7SAXCBE58PF367233 ("Subject Vehicle") in the State of California.

2.    Defendant TESLA MOTORS, INC. ("Manufacturer" or "Defendant") is and was, at all times relevant herein, a Delaware Corporation authorized to do business in the State of California and is engaged in the manufacture, sale, and distribution of motor vehicles and related equipment and services. Manufacturer is also in the business of marketing, supplying, and selling written warranties to the public. Manufacturers does business in all counties of the State of California, including 45500 Fremont Blvd., Fremont, CA 94538.

3.    Manufacturer, and DOES 1 through 30, inclusive, are collectively hereby referred to as "Defendants".

**BACKGROUND**

4.    On or about 10/28/2022, Plaintiffs purchased from Manufacturer's store for valuable consideration the Subject Vehicle manufactured by Manufacturer. (A true and correct copy of the Retail Installment Sale Contract – Simple Finance Charge (With Arbitration Provision) ("RISC") is attached hereto and marked as "Exhibit A".)

5.    The cash price of the Subject Vehicle was One Hundred Twelve Thousand Seven Hundred Ninety Dollars and No Cents ($112,790.00). The total cost under the contract including sales tax, registration charges, document fees and other collateral charges, such as bank and finance charges, totals One Hundred Forty-Eight Thousand Eighty-Nine Dollars and Eighty-One Cents ($148,089.81).

6.    In consideration for the RISC, Manufacturer issued and supplied to Plaintiffs several written

warranties, including a four (4) year and fifty thousand (50,000) mile factory warranty, as well as other stated warranties fully outlined in the Manufacturer's Warranty Booklet.

7.     On or about 10/28/2022, Plaintiffs took possession of the Subject Vehicle and shortly thereafter experienced the various defects listed below that substantially impair the use, value, and safety of the Subject Vehicle.

8.     The defects listed below violate the express written warranties issued to Plaintiffs by Manufacturer, as well as the implied warranty of merchantability.

9.     Plaintiffs brought the Subject Vehicle to Manufacturer's authorized service and repair facility for various defects, including, but not limited to, the following:

- Defective front fascia fender – over one (1) failed repair attempt;
- Defective driver side window regulator – over two (2) failed repair attempts;
- Defective roof glass – over one (1) failed repair attempt;
- Defective falcon wing door – over five (5) failed repair attempts;
- Defective falcon wing door latch – over five (5) failed repair attempts;
- Defective rear left passenger falcon door ultrasonic sensor – over five (5) failed repair attempts;
- Defective right rear door – over five (5) failed repair attempts;
- Defective right riser – over five (5) failed repair attempts;
- Defective right rear falcon door seals – over five (5) failed repair attempts;
- Defective door seals – over five (5) failed repair attempts;
- Defective charge port door – over one (1) failed repair attempt;
- Defective trunk exterior release button – over two (2) failed repair attempts;
- Defective dashboard trim – over two (2) failed repair attempts;
- Defective dashboard mounting– over two (2) failed repair attempts;
- Any additional complaints made by Plaintiffs, whether or not they are contained in Defendant's records or on any repair orders.

10.    Plaintiffs provided Defendant sufficient opportunities to repair the Subject Vehicle.

11.    Plaintiffs brought the Subject Vehicle to Manufacturer's authorized service and repair facility

for repair on nine (9) occasions. (True and correct copies of the Subject Vehicle's repair orders are attached herein and marked as "Exhibit B".)

    a.  11/13/2022: Plaintiffs brought the Subject Vehicle to Manufacturer's service center at the time located and doing business at 811 S. San Fernando Blvd., Burbank, CA 91502 ("Tesla") for repair because the fender of the Subject Vehicle was not aligned correctly. The personnel at Tesla inspected the front fascia fender area and adjusted it per Plaintiffs' request. The Subject Vehicle was at Tesla for a total of two (2) days. The Subject Vehicle had eight hundred fifty-eight (858) miles on it at the time of repair.

    b.  02/06/2023: Plaintiffs brought the Subject Vehicle to Tesla for repair because of the Subject Vehicle's driver window not closing with one click. The personnel at Tesla calibrated the driver side window regulator of the Subject Vehicle. Plaintiffs further complained that the falcon wing door on the Subject Vehicle's passenger side was erratic. The personnel at Tesla duplicated the complaint and found striker to latch being misaligned. The Subject Vehicle was at Tesla for a total of one (1) day. The Subject Vehicle had three thousand eight hundred ninety-five (3,895) miles on it at the time of repair.

    c.  03/10/2023: Plaintiffs brought the Subject Vehicle to Tesla for repair because of the Subject Vehicle's defective interior stitching. The personnel at Tesla verified the stitching on the dash in the top right corner of the Subject Vehicle. Upon inspection of the new dash the personnel found the stretching to be the same on both the new dash and the one already installed in the Subject Vehicle. The only difference between them was the fact that the adhesive was not added to the corner of the dash currently installed in the Subject Vehicle. Further, Plaintiffs complained about the falcon doors of the Subject Vehicle not closing fully. The personnel at Tesla verified the complaint and found the rear left passenger falcon door inward ultrasonic sensor being the cause of the door not closing properly. Further, Tesla's personnel found the sensor improperly seated in the speaker grille. The personnel concluded a possible rear right door misalignment and adjusted the latter several times. Lastly, Plaintiffs requested to perform rear right falcon door adjustment to rear right

quarter panel/glass/trim for proper fitment. Tesla's personnel verified the concern and found the right riser and fixed glass of the Subject Vehicle being damaged, thus performed falcon door adjustment by removing the Subject Vehicle's roof spine and replacing the riser and roof glass. The Subject Vehicle was at Tesla for a total of six (6) days. The Subject Vehicle had four thousand seven hundred eleven (4,711) miles on it at the time of repair.

d.  04/11/2023: Plaintiffs brought the Subject Vehicle back to Tesla for repair stating that during the previous repair visits service technician came and addressed the issues regarding the right falcon door of the Subject Vehicle. Plaintiffs informed that the service technician confirmed that the Subject Vehicle needed to be brought back for service because what had been done to repair the falcon door was unacceptable, namely the glue and the aluminum foil were considered as appropriate permanent repair at that time. The personnel at Tesla verified the concern and replaced the aluminum type seal. The Subject Vehicle was at Tesla for a total of one (1) day. The Subject Vehicle had five thousand seven hundred twelve (5,712) miles on it at the time of repair.

e.  11/17/2023: Plaintiffs brought the Subject Vehicle to Tesla for repair because the trunk of the Subject Vehicle did not open. Tesla's personnel verified the complaint and concluded that the liftgate did not open with exterior button. Further, the personnel verified the lock setting "driver door unlock mode" being turned off and the liftgate working through on-screen controls and closing with visible button. Therefore, the personnel recommended replacement of the exterior release button. Plaintiffs also complained about the Subject Vehicle's window and door trim falling apart and in need of adjustment. The personnel at Tesla adjusted seals on all four (4) doors of the Subject Vehicle. The Subject Vehicle was at Tesla for a total of one (1) day.

f.  11/27/2023: Plaintiffs brought the Subject Vehicle to Tesla and requested to check the trunk lift gate exterior button. Upon inspection of the Subject Vehicle the personnel at Tesla confirmed the trunk handle not opening the trunk and replaced the trunk button. The Subject Vehicle was at Tesla for a total of one (1) day.

PLAINTIFFS' COMPLAINT FOR DAMAGES

g.  12/18/2023: Plaintiffs brought the Subject Vehicle to Tesla for repair because the charging port of the Subject Vehicle randomly opened by itself. The personnel at Tesla replaced the charge port door. The Subject Vehicle was at Tesla for a total of one (1) day.

h.  01/02/2024: Plaintiffs brought the Subject Vehicle to Tesla for repair because the left side falcon door of the Subject Vehicle was not opening. The personnel at Tesla verified the concern and upon inspection of the door's ultrasonic sensor found overspray from factory on USS face. The personnel installed a new ultrasonic sensor and carrier bracket on the Subject Vehicle. The Subject Vehicle was at Tesla for a total of six (6) days.

i.  03/29/2024: Plaintiffs brought the Subject Vehicle to Tesla for repair because of the left driver window of the Subject Vehicle not always closing and going up and down a few times before finally closing. The personnel at Tesla verified the complaint and replaced the driver window regulator. Further, Plaintiffs complained about the steering yoke peeling. The personnel at Tesla verified the concern and replaced the steering yoke. Plaintiffs also requested to update Subject Vehicle's software to enlarge visual warning indicators. Tesla's personnel concluded that the software was up to date. Lastly, Plaintiffs complained about the dashboard leather trim hanging on the left side of the Subject Vehicle just above the steering wheel. The personnel at Tesla adjusted the Subject Vehicle's leather trim. The Subject Vehicle was at Tesla for a total of four (4) days. The Subject Vehicle had five thousand two hundred ninety-seven (15,297) miles on it at the time of repair.

12.  The Subject Vehicle has been at Tesla's place of business undergoing repairs for at least twenty-three (23) days.

13.  Manufacturer, through its authorized repair facility, was unable and/or failed to repair the Subject Vehicle within a reasonable number of attempts.

14.  As of the present date, the Subject Vehicle still has ongoing problems that were never resolved despite multiple repair attempts.

15.  Employees at Manufacturer's authorized service and repair facility allegedly performed repairs and performed complimentary vehicle inspections of the Subject Vehicle, but there was no change

in the defective parts, and the Subject Vehicle remains defective.

16.     Plaintiffs justifiably lost confidence in the Subject Vehicle's reliability and said defects have substantially impaired the use, value, and/or safety of the Subject Vehicle to Plaintiffs.

17.     Said defects could not have been discovered by Plaintiffs prior to Plaintiffs' acceptance of the Subject Vehicle.

18.     As a result of said defects, Plaintiffs revoked acceptance of the Subject Vehicle in writing on or about 04/11/2024. (A true and correct copies of the said letter and envelopes are attached hereto and marked as "Exhibit C".)

19.     At the time of revocation, the Subject Vehicle was in substantially the same condition as at the delivery except for damage caused by its own defects and ordinary wear and tear.

20.     To date, Manufacturer has failed to accept Plaintiffs' demand for revocation and has refused to provide Plaintiffs with the remedies Plaintiffs are entitled to upon revocation.

21.     The Subject Vehicle remains in a defective and unmerchantable condition and continues to exhibit the above-mentioned defects that substantially impair its use, value, and/or safety.

22.     Plaintiffs have and will continue to be financially damaged due to Manufacturer's failure to comply with the provisions of its express and implied warranties.

## FIRST CAUSE OF ACTION

### FRAUD AND DECEIT

*(Against All Defendants)*

23.     Plaintiffs re-allege and incorporate by reference as fully set forth herein all paragraphs of Plaintiffs' Complaint for Damages.

24.     The particularity requirement for fraud requires the pleading of facts showing how, when, where, to whom, and by what means the representations were made. (*Stansfield v. Starkey*, 220 Cal.All.3d 59, 73 (1990).) Every element of fraud herein with specificity have been plead as follows:

           a.   How: Prior to Plaintiffs' visit to Manufacturer on 10/28/2022, Defendant represented to Plaintiffs that its vehicles were free from any latent defects. These representations were made in Manufacturer's New Vehicle Limited Warranty, as well as brochures, pamphlets, and other advertisement materials produced by Defendant.

b. When: At the time of purchase the Subject Vehicle (on 10/28/2022) and prior to Plaintiffs purchasing the Subject Vehicle.

c. Where: The discussions about the safety, quality, and reliability of the Subject Vehicle were made on Defendant's website, in the New Vehicle Limited Warranty, in the owner's manual, as well as other brochures, pamphlets, and advertisement materials produced by Defendant.

d. To Whom: The representations regarding the Subject Vehicle were made to Plaintiffs.

e. What Means: The discussions were made by the use of English language, simple words. Defendant used its online websites as well as its owner's manuals and other pamphlets and brochures to represent the Subject Vehicle as being free of defects.

25. The requirement of specificity in a fraud action against a corporation requires Plaintiffs to allege the names of persons who made the allegedly fraudulent representations, their authority to speak, to whom they spoke, what they said or wrote, and when it was said or written. *(Tarmann v. State Far Mut. Auto. Ins. Co.*, 2 Cal.App.4th 153, 157 (1991).)

a. Names of Persons Who Made the Representations: The representations were made by Defendant's team of advertising and marketing personnel, including, but not limited to, Elon Musk, Chief Executive Officer and Member of the Board of Directors; Jared Boucher, Vice President, Marketing at Manufacturer.

b. Authority to Speak: Defendant's online and TV advertisements all invite consumers to visit Manufacturer's stores and speak with a representative regarding its vehicles. The executives, by the very nature of their role within Defendant's company, had the authority to design and implement the fraudulent representations regarding the Subject Vehicle, implement procedures to train their personnel, and did do so in fact.

c. To Whom They Spoke: The representations regarding the Subject Vehicle were made to Plaintiffs.

d. What Said or Wrote: Defendant represented to Plaintiffs that the Subject Vehicle was in excellent mechanical condition and free of any damages or defects. Defendant further represented that the Subject Vehicle was merchantable, safe, reliable, and fit

1    for its ordinary purpose.

2         e.   When It Was Said or Written: Prior to the time Plaintiffs purchased the Subject Vehicle

3              on 10/28/2022.

4    26.    Moreover, in line with *Committee on Children's Television, Inc. v General Foods Corp.*, 35

5    Cal.3d 197, 216 (1983), Manufacturer necessarily possesses full information concerning the facts of the

6    herein controversy since Manufacturer designed the defective vehicles, trained all personnel on how to

7    discuss the defects when the vehicles are brought in for repair, and advertised the Subject Vehicle to the

8    public as safe, reliable, and fit for its ordinary purpose. Therefore, despite the heightened pleading

9    standard in a fraud case, in the present matter Defendant was well aware of the entire chain of events

10   which has culminated in this lawsuit.

11   27.    Cal. Civ. Code § 1710 identifies four kinds of fraud: (1) intentional misrepresentation, (2)

12   concealment, (3) false promise, and (4) negligent misrepresentation.

13   28.    Here, the fraud at hand is intentional misrepresentation and concealment.

14   29.    **Intentional misrepresentation** occurs when (a) a defendant represents to another that a fact

15   was true; (b) the representation was actually false; (c) the defendant knew the representation was false

16   (or was reckless about its truth); (d) the defendant intended the other person to rely on the statement; (e)

17   the other person did rely on the statement; and (f) the other person was harmed by the reliance. Cal. Civ.

18   Code, § 1710(1); *Lazar v. Superior Court* 12 Cal.4th 631, 638 (1996).

19        A. On 10/28/2022, Defendant, by and through its agents, intentionally misrepresented

20           material facts to Plaintiffs, including, but not limited to, the following:

21           • That the Subject Vehicle was in excellent mechanical condition.

22           • That the Subject Vehicle was functionable and reliable.

23           • That the Subject Vehicle was safe and fit for its ordinary purpose.

24           • That the Subject Vehicle had no latent defect(s).

25           • That the Subject Vehicle was merchantable.

26        B. The aforementioned representations are clearly false.

27        C. Defendant made these representations knowing that they were false or made them

28           recklessly and without regard for their truth. Defendant had knowledge of these material

-9-

facts through sources not available to Plaintiffs, including, but not limited to, pre-release testing data, early consumer complaints about the aforementioned defects, testing conducted in response to those complaints, repair orders and high warranty reimbursement rates that can cost in the thousand dollars for each vehicle, and from other internal sources. Defendant had a duty to disclose the defects because:

- Defendant knew the representations made to Plaintiffs were false [and/or made the representations recklessly and without regard for its truth] because it knew the Subject Vehicle was defective and therefore was not functionable, reliable, safe, fit for its ordinary purpose, or merchantable. Defendant knew this by having its experts inspect the Subject Vehicle before and after the Subject Vehicle acquisition and by running the vehicle history.

- Alternatively, in making such misrepresentations and committing such wrongful acts, Defendant acted with the conscious and reckless disregard to the truth or falsity of such misrepresentations and promises and wrongful acts. If Defendant did not know affirmatively that the Subject Vehicle was defective and therefore was not functionable, reliable, safe, fit for its ordinary purpose, or merchantable, then it should not have stated otherwise.

D.  Defendant intended for Plaintiffs to rely on the statement, and subsequently intended to defraud Plaintiffs, since it wanted Plaintiffs to purchase the Subject Vehicle despite its defects.

E.  Plaintiffs reasonably relied on Defendant's assurances that the Subject Vehicle was functionable, reliable, safe, and fit for its ordinary purpose and merchantable.

- Such reliance upon the misrepresentations, material omissions, and/or wrongful acts was justified and reasonable under the circumstances. Defendant is an established business with positive reputations and reassuring infrastructures which put Plaintiffs at ease. This gave Plaintiffs no reason to mistrust Defendant.

- The representation from Manufacturer was material – a reasonable person would find it important to know that the Subject Vehicle was defective and was not

PLAINTIFFS' COMPLAINT FOR DAMAGES

functionable, reliable, safe, fit for its ordinary purpose, or merchantable. These factors affect the Subject Vehicle's reliability, lifespan, and value.

- The harm to Plaintiffs was not otherwise inevitable or due to unrelated causes because Plaintiffs would simply not have purchased the Subject Vehicle at all and/or would have paid much less for the Subject Vehicle.

F.   As a direct and proximate result of the acts and omissions of Defendant, Plaintiffs have suffered damages for which relief is sought herein. Specifically, damages include full purchase price of the Subject Vehicle, the depreciation in value of the Subject Vehicle, and any and all incidental and consequential damages as a result of the purchase, which would not have taken place but for the fraudulent misrepresentations both prior to and at the time of purchase, including the money spent for the Subject Vehicle's repairs, storage, and/or towing, as well as the money spent on rental vehicles. Alternatively, Plaintiffs suffered damages in the amount of the difference between the Subject Vehicle and a similar vehicle that was in excellent mechanical condition and did not suffer from any defects, as represented to Plaintiffs, plus tax and licensing fees.

- Defendant intentionally misrepresented the Subject Vehicle. Plaintiffs are therefore entitled to recission and restitution in an amount according to proof at trial.

- Plaintiffs now own a vehicle that has a diminished value as a result of Defendant's intentional misrepresentation of, and failure to timely disclose, the aforementioned defects and the serious safety and quality issues caused by Defendant's conduct.

- The value of the Subject Vehicle is diminished because any reasonable consumer will be reluctant to purchase the Subject Vehicle for the same price upon an honest disclosure of its history and current condition.

- Defendant's conduct was oppressive, fraudulent, and malicious, and constitutes despicable conduct in conscious disregard for Plaintiffs' rights. Accordingly, Defendant is liable to Plaintiffs for their damages in an amount to be proven at trial, including, but not limited to, Plaintiffs' lost benefit of the bargain or

-11-

overpayment for the Subject Vehicle at the time of the purchase, the diminished value of the Subject Vehicle due to the aforementioned defects, and/or the costs incurred in storing, maintaining, or otherwise disposing of the Subject Vehicle.

30.  **Concealment** exists where a defendant (a) concealed or suppressed a material fact; (b) had knowledge of this material fact; (c) that this material fact was not within reasonably diligent attention, observation, and judgment of a plaintiff; (d) that defendant suppressed or concealed this fact with the intention that the plaintiff be misled as to the true condition of the property; (e) that the plaintiff was reasonably so misled; and (f) that the plaintiff suffered a damage as a result.

A.  On 10/28/2022, Defendant, by and through its agents, concealed, or suppressed material facts regarding the Subject Vehicle, including, but not limited to, the following:

- That the Subject Vehicle was not in excellent mechanical condition.
- That the Subject Vehicle was not functionable and reliable.
- That the Subject Vehicle was not safe and fit for its ordinary purpose.
- That the Subject Vehicle had latent defect(s).
- That the Subject Vehicle was unmerchantable.

B.  Defendant made the representations knowing that they were false or made them recklessly and without regard for their truth. Defendant had knowledge of these material facts through sources not available to Plaintiffs, including, but not limited to, pre-release testing data, early consumer complaints about the aforementioned defects, testing conducted in response to those complaints, repair orders and high warranty reimbursement rates that can cost in the thousands of dollars for each vehicle, and from other internal sources. Defendant had a duty to disclose the defects because it:

- Had exclusive and/or far superior knowledge and access to the facts, and knew the facts were not known to or reasonably discoverable by Plaintiffs;
- Intentionally concealed the foregoing from Plaintiffs;
- Made incomplete representations about the safety and reliability of the aforementioned defects, while purposefully withholding material facts from Plaintiffs that contradicted these representations.

-12-

C. Defendant is an industry expert in manufacture, sale, and distribution of motor vehicles and related equipment and services and therefore had knowledge of material facts regarding the Subject Vehicle. These material facts were not within reasonably diligent attention, observation, and judgment of Plaintiffs because Plaintiffs have no professional expertise and very limited consumer experience in vehicle acquisition. Furthermore, Plaintiffs were not experts in vehicle inspection.

D. Defendant intentionally concealed and suppressed these material facts to falsely assure Plaintiffs that the Subject Vehicle could perform safely, as represented by Defendant and reasonably expected by consumers.

- Defendant omitted these material facts, with the intention to deceive, defraud, and induce Plaintiffs into acting in reliance on the representations Defendant had made to Plaintiffs and to induce Plaintiffs to purchase the Subject Vehicle.

- Defendant actively concealed or suppressed these material facts, in whole or in part, to maintain a market for its vehicles, to protect/maximize its profits, and to avoid recalls that would hurt Defendant's business and cost Defendant money. It did so at the expense of Plaintiffs.

E. Plaintiffs were unaware of these omitted material facts and would not have acted as they did if they had known of the concealed or suppressed facts. Plaintiffs did not receive the benefit of the bargain as a result of Defendant's fraudulent concealment.

- These omitted and concealed facts were material because they would be relied on by a reasonable person purchasing, leasing, or retaining a new or used motor vehicle, and because they directly impact the value of the Subject Vehicle acquired by Plaintiffs.

- Whether Manufacturer's vehicles are functionable, reliable, safe, and/or fit for their ordinary purpose and whether Manufacturer stands behind its vehicles, are material concerns to a consumer.

- Plaintiffs trusted Defendant not to sell them a vehicle that was defective or that violated federal law governing motor vehicle safety, and to uphold its recall

PLAINTIFFS' COMPLAINT FOR DAMAGES

obligations under the RISC and governing laws. Plaintiffs had no reason to believe Defendant was hiding information during Plaintiffs' inquiry about these facts.

- Plaintiffs asked about these facts. Defendant lied, made misrepresentations, and did not disclose what it knew about the Subject Vehicle's history and condition.

F.  As a direct and proximate result of the acts and omissions of Defendant, Plaintiffs have suffered damages for which relief is sought herein. Specifically, damages include the full purchase price of the Subject Vehicle, the depreciation in value of the Subject Vehicle, and any and all incidental and consequential damages, as a result of the purchase, which would not have taken place but for the fraudulent misrepresentations both prior to and at the time of sale, including the money spent for the Subject Vehicle's repairs, storage, and/or towing, as well as the money spent on rental vehicles. Alternatively, Plaintiffs suffered damages in the amount of the difference between the Subject Vehicle and a similar vehicle that was in excellent mechanical condition and did not suffer from any defects, as represented to Plaintiffs, plus tax and licensing fees.

- Defendant committed concealment. Plaintiffs are therefore entitled to recission and restitution in an amount according to proof at trial.

- Plaintiffs now own a vehicle that has a diminished value because of Defendant's concealment of, and failure to timely disclose, the aforementioned defects, and the serious safety and quality issues caused by Defendant's conduct.

- The value of the Subject Vehicle is diminished because of the concealed negative facts about the value which will make any reasonable consumer reluctant to acquire the vehicle for the same price as paid by Plaintiff.

- Defendant's conduct was oppressive, fraudulent, and malicious, and constitutes despicable conduct in conscious disregard for Plaintiffs' rights. Accordingly, Defendant is liable to Plaintiffs for their damages in an amount to be proven at trial, including, but not limited to, Plaintiffs' lost benefit of the bargain or overpayment for the Subject Vehicle at the time of the purchase, the diminished value of the Subject Vehicle due to the aforementioned defects, and/or the costs

-14-

1    incurred in storing, maintaining, or otherwise disposing of the Subject Vehicle.

2    **SECOND CAUSE OF ACTION**

3    BREACH OF WRITTEN WARRANTY

4    PURSUANT TO THE MAGNUSON-MOSS WARRANTY ACT

5    *(Against All Defendants)*

6    31.    Plaintiffs re-allege and incorporate by reference as fully set forth herein, all paragraphs of

7    Plaintiffs' Complaint for Damages.

8    32.    Plaintiffs purchased a consumer product and received the Subject Vehicle during the duration

9    of a written warranty period as defined in 15 U.S.C. § 2301(6) applicable to the Subject Vehicle and is

10   entitled by the terms of the written warranty to enforce against Manufacturer the obligations of said

11   warranty.

12   33.    Manufacturer is a business entity engaged in the business of making a consumer product

13   directly available to Plaintiffs.

14   34.    The Magnuson-Moss Warranty Act, 15 U.S.C. § 2301, *et seq.* is applicable to Plaintiffs'

15   Complaint for Damages in that the Subject Vehicle was manufactured and subsequently sold/leased after

16   July 4, 1975, and costs in excess of Ten Dollars ($10.00).

17   35.    Plaintiffs' purchase of the Subject Vehicle was accompanied by written factory warranties for

18   any nonconformities or defects in materials or workmanship, comprising an undertaking in writing in

19   connection with the purchase of the Subject Vehicle to repair the Subject Vehicle or take other remedial

20   action free of charge to Plaintiffs with respect to the Subject Vehicle if the Subject Vehicle failed to meet

21   the specifications set forth in said undertaking.

22   36.    Said warranties were the basis of the bargain of the agreement between Plaintiffs and

23   Manufacturer for the sale of the Subject Vehicle to Plaintiffs.

24   37.    Said acquisition of Plaintiffs' Subject Vehicle was induced by, and Plaintiffs relied upon,

25   these written warranties.

26   38.    Plaintiffs have met all of their obligations and preconditions as provided in the written

27   warranties.

28   39.    Manufacturer's tender of the Subject Vehicle was substantially impaired to Plaintiffs.

40.     Manufacturer's tender of the Subject Vehicle, which was substantially impaired to Plaintiffs, constitutes a violation of 15 U.S.C. § 2301, *et seq.*

41.     As a direct and proximate result of Manufacturer's failure to comply with its express written warranties, Plaintiffs have suffered damages and, in accordance with 15 U.S.C. § 2310(d), Plaintiffs are entitled to bring suit for such damages and other equitable relief.

### THIRD CAUSE OF ACTION

BREACH OF IMPLIED WARRANTY

PURSUANT TO THE MAGNUSON-MOSS WARRANTY ACT

*(Against All Defendants)*

42.     Plaintiffs re-allege and incorporate by reference as fully set forth herein, all paragraphs of Plaintiffs' Complaint for Damages.

43.     The Subject Vehicle acquired by Plaintiffs was subject to an implied warranty of merchantability as defined in 15 U.S.C. § 2301(7) running from Manufacturer to the intended consumer, Plaintiffs herein.

44.     Manufacturer is a supplier of consumer goods as a business entity engaged in the business of making a consumer product directly available to Plaintiffs.

45.     Pursuant to 15 U.S.C. § 2308(a), Manufacturer is prohibited from disclaiming or modifying any implied warranty when making a written warranty to the consumer or when Manufacturer has entered into a contract in writing within ninety (90) days of purchase and/or lease to perform services relating to the maintenance or repair of a motor vehicle.

46.     Plaintiffs' Subject Vehicle was impliedly warranted to be substantially free of defects and nonconformities in both material and workmanship, and thereby fit for the ordinary purpose for which the Subject Vehicle was intended.

47.     The Subject Vehicle was warranted to pass without objection in the trade under the contract description and was required to conform to the descriptions of the vehicle contained in the contracts and labels.

48.     The above-described defects in the Subject Vehicle render the Subject Vehicle unfit for the ordinary and essential purpose for which the Subject Vehicle was intended.

49.   Manufacturer's tender of the Subject Vehicle, which was substantially impaired to Plaintiffs, constitutes a violation of 15 U.S.C. § 2301, *et seq.*

50.   Any efforts to limit the implied warranties in a manner that would exclude coverage of the Subject Vehicle is unconscionable, and any such effort to disclaim, or otherwise limit, liability for the Subject Vehicle is null and void.

51.   Any limitations on the warranties are procedurally unconscionable. There was unequal bargaining power between Manufacturer, on the one hand, and Plaintiffs, on the other.

52.   Any limitations on the warranties are substantively unconscionable. Manufacturer knew that the Subject Vehicle was defective and would continue to pose a safety risk after the warranties purportedly expired. Manufacturer failed to disclose the aforementioned defects to Plaintiffs. Thus, Manufacturer's enforcement of the durational limitations on those warranties is harsh and shocks the conscience.

53.   Plaintiffs have had sufficient direct dealings with Manufacturer to establish privity of contract.

54.   Plaintiffs provided written notice of breach to Manufacturer and a request to cure. Nonetheless, as a direct and proximate result of Manufacturer's failure to comply with its implied warranties, Plaintiffs have suffered damages and, in accordance with 15 U.S.C. § 2310(d), Plaintiffs are entitled to bring suit for such damages and other equitable relief.

55.   Furthermore, affording Manufacturer an opportunity to cure its breach of written warranties would be unnecessary and futile here. At the time of the purchase of the Subject Vehicle, Manufacturer knew, should have known, or was reckless in not knowing of its misrepresentations concerning the Subject Vehicle's inability to perform as warranted, but nonetheless failed to rectify the situation and/or disclose the defective design. Under the circumstances, the remedies available under any informal settlement procedure would be inadequate and any requirement that Plaintiffs resort to an informal dispute resolution procedure and/or afford Manufacturer a reasonable opportunity to cure its breach of warranties is excused and thereby deemed satisfied.

56.   Plaintiffs provided written notice of breach of implied warranties and related consumer protection laws, and opportunity to cure, via a letter to Manufacturer.

57.   Plaintiffs would suffer economic hardship if they returned the Subject Vehicle but did not

1   receive the return of all payments made by them. Because Manufacturer is refusing to acknowledge any

2   revocation of acceptance and return immediately any payments made, Plaintiffs have not accepted the

3   defects by retaining the Subject Vehicle.

**FOURTH CAUSE OF ACTION**

BREACH OF WRITTEN WARRANTY

PURSUANT TO THE SONG-BEVERLY CONSUMER WARRANTY ACT

*(Against All Defendants)*

8   58.   Plaintiffs re-allege and incorporate by reference as fully set forth herein, all paragraphs of

9   Plaintiffs' Complaint for Damages.

10   59.   Manufacturer is the warrantor of the Subject Vehicle's express warranty.

11   60.   Pursuant to the Subject Vehicle's express warranty, Manufacturer undertook to preserve or

12   maintain the utility or performance of the Subject Vehicle or provide compensation if there was a failure

13   in such utility or performance.

14   61.   The Subject Vehicle has and has had serious defects and nonconformities to warranty

15   including, but not limited to, the defects described above.

16   62.   Under the Song-Beverly Consumer Warranty Act ("California Lemon Law"), the Subject

17   Vehicle is a "new motor vehicle" purchased primarily for family or household purposes, and Plaintiffs

18   have used the Subject Vehicle primarily for this purpose. (Cal. Civ. Code §1793.22(e)(2).)

19   63.   Plaintiffs are "buyer" and "co-buyer" of the Subject Vehicle under the California Lemon Law.

20   64.   The foregoing defects and nonconformities to warranty manifested themselves within the

21   applicable express warranty period. The nonconformities substantially impair the use, value, and/or safety

22   of the Subject Vehicle.

23   65.   Pursuant to Cal. Civ. Code § 1793.2(c), Plaintiffs have delivered the Subject Vehicle to the

24   Manufacturer's service and repair facility within this state within the terms of protection and have

25   tendered the Subject Vehicle for repairs of the above-mentioned defects that substantially affect the use,

26   value, and safety of the Subject Vehicle.

27   66.   Manufacturer, through its service and repair facility, has been unable to repair the said defects

28   in a reasonable number of attempts.

-18-

1    67.    By failure of Manufacturer to remedy the defects as alleged above, or to issue a refund or

2    replacement, Manufacturer is in breach of its obligations under the California Lemon Law.

3    68.    Plaintiffs are entitled to justifiably revoke acceptance of the Subject Vehicle under the

4    California Lemon Law.

5    69.    Pursuant to Cal. Civ. Code § 1793.2(d), Plaintiffs are entitled to a refund of the total cost under

6    the RISC, including all collateral charges such as sales tax, license fees, registration fees, and other

7    official fees, plus any incidental damages including, but not limited to, reasonable repair, towing, and

8    rental car costs actually incurred by Plaintiffs.

9    70.    Pursuant to Cal. Civ. Code § 1794, Plaintiffs are entitled to recover a sum equal to the

10   aggregate amount of costs and expenses, including attorneys' fees reasonably incurred.

11   71.    Manufacturer has willfully violated the provisions of this act by knowing of its obligations to

12   refund or replace Plaintiffs' Subject Vehicle but failing to fulfill them.

13                                    **FIFTH CAUSE OF ACTION**

14                                 BREACH OF IMPLIED WARRANTY

15                    PURSUANT TO THE SONG-BEVERLY CONSUMER WARRANTY ACT

16                                      *(Against All Defendants)*

17   72.    Plaintiffs re-allege and incorporate by reference as fully set forth herein, all paragraphs of

18   Plaintiffs' Complaint for Damages.

19   73.    The Subject Vehicle acquired by Plaintiffs was subject to an implied warranty of

20   merchantability as defined in Cal Civ. Code. § 1790, *et seq.* running from Manufacturer to the intended

21   consumer, Plaintiffs herein.

22   74.    The implied warranty of merchantability means and includes that the goods will comply with

23   each of the following requirements: (1) they would pass without objection in the trade under the contract

24   description; (2) they are fit for the ordinary purposes for which such goods are used; (3) they are

25   adequately contained, packaged, and labeled; and (4) they conform to the promises or affirmations of fact

26   made on the container or label.

27   75.    Manufacturer is a supplier of consumer goods as a business entity engaged in the business of

28   making a consumer product directly available to Plaintiffs.

76.     Manufacturer is prohibited from disclaiming or modifying any implied warranty under Cal. Civ. Code § 1790, *et seq.*

77.     Pursuant to Cal. Civ. Code § 1790, *et seq.*, Plaintiffs' Subject Vehicle was impliedly warranted to be fit for the ordinary use or which the Subject Vehicle was intended.

78.     The Subject Vehicle was warranted to pass without objection in the trade under the contract description and was required to conform to the descriptions of the vehicle contained in the contracts and labels.

79.     Because the Subject Vehicle was purchased to Plaintiffs with serious defects that manifested themselves within the period of the implied warranty and which substantially reduce its safety and performance, it (1) would not pass without objection in the trade under the contract description; (2) was and is not fit for the ordinary purposes for which such goods are used; (3) was not adequately contained, packaged, and labeled; and (4) did not conform to the promises or affirmations of fact made on the container or label.

80.     The above-described defects in the Subject Vehicle caused it to fail to possess the most basic degree of fitness for ordinary use.

81.     Plaintiffs have rightfully rejected and/or justifiably revoked acceptance of the Subject Vehicle and are entitled under the California Lemon Law to rescind the RISC and to restitution of all money paid towards the RISC. This Complaint also, again, hereby rejects and revokes acceptance of the Subject Vehicle.

82.     As a result of the breach of implied warranty by Manufacturer, Plaintiffs have suffered and continue to suffer various damages.

## SIXTH CAUSE OF ACTION

### VIOLATION OF BUSINESS & PROFESSIONS CODE § 17200, ET SEQ.

*(Against All Defendants)*

83.     Plaintiffs re-allege and incorporate by reference as fully set forth herein all paragraphs of Plaintiffs' Complaint for Damages.

84.     Plaintiffs have standing to bring this claim because they have lost money or property as a result of the alleged misconduct.

-20-

85.     A plaintiff has standing when he/she (1) loses or is deprived of money or property sufficient to qualify as injury in fact, i.e., economic injury, and (2) the economic injury was the result of, i.e., caused by, the unfair business practice of false advertising that is the gravamen of the claim. *Kwikset Corp. v. Superior Court*, 52 Cal.4th 310, 322 (2011.)

86.     Economic injury from unfair competition exists if a plaintiff (1) surrenders in a transaction more, or acquires in a transaction less, than he or she otherwise would have; (2) has a present or future property interest diminished; (3) is deprived of money or property to which he, she or it has a cognizable claim; or (4) is required to enter into a transaction, costing money or property, that would otherwise have been unnecessary. *Id.* at 323.

87.     Business & Professions Code § 17200, *et seq.* prohibits any unlawful, unfair, or fraudulent business act or practice. It also prohibits unfair, deceptive, untrue, or misleading advertising.

88.     The **unlawful** prong "borrows violations of other laws and treats them as independently actionable." *See Daugherty v. Am. Honda Motor Co., Inc.*, 144 Cal.App.4th 824, 837, 51 Cal.Rptr.3d 118 (2006). Defendant has engaged in unlawful business acts and practices by: (1) selling defective vehicles to the public while misrepresenting their condition; and (2) concealing and failing to disclose a known defect. These acts and practices were intended to and did violate several laws, including, but not limited to, Cal. Civ. Code § 1709, *et seq.* and the California Lemon Law.

- Cal. Civ. Code § 1709 states that "one who willfully deceives another with intent to induce him to alter his position to his injury or risk, is liable for any damage which he thereby suffers." Here, Defendant violated § 1709 in that Defendant intentionally misrepresented the safety and reliability of the Subject Vehicle to induce Plaintiffs' purchase of the Subject Vehicle. Plaintiffs would not have purchased the Subject Vehicle but for Defendant's assurances that the Subject Vehicle was merchantable, safe, reliable, and fit for its ordinary purpose.

89.     The **unfair** prong requires alleging a practice that "offends an established public policy or is immoral, unethical, oppressive, unscrupulous or substantially injurious to consumers." *Bardin v. Daimler Chrysler Corp.*, 136 Cal.App.4th 1255, 1263, 1266, 39 Cal.Rptr.3d 634 (2006). Defendant engaged in unfair business acts or practices in that the justification for selling and leasing vehicles based on the misrepresentations and omissions of material fact delineated above is outweighed by the gravity of the

resulting harm, particularly considering the available alternatives, and offends public policy, is immoral, unscrupulous, unethical, and offensive, or causes substantial injury to consumers.

- A business act is **unfair** if (1) the consumer injury is substantial, (2) the injury is not outweighed by any countervailing benefits to consumers or competition, and (3) the injury could not reasonably have been avoided by consumers themselves.

- Here, Plaintiffs' injury is substantial since Plaintiffs would not have otherwise purchased the Subject Vehicle had they known the Subject Vehicle was not safe, not reliable, and not fit for its intended purpose. Plaintiffs have further been damaged in that they have paid out of pocket expenses to repair, tow, and otherwise store the Subject Vehicle as well as paid money towards a rental vehicle while the Subject Vehicle was nonoperational.

- Plaintiffs' injury is not outweighed by any countervailing benefits to consumers or competition. There were reasonably available alternatives to further Defendant's legitimate business interests, other than the conduct described herein.

- Plaintiffs specifically inquired about the Subject Vehicle's condition and whether it was free from defects. Defendant knowingly and/or recklessly lied to Plaintiffs to induce the purchase of the Subject Vehicle. Plaintiffs' injury, therefore, could not reasonably have been avoided by Plaintiffs.

90. The **fraudulent** prong "requires a showing [that] members of the public are likely to be deceived." *Wang v. Massey Chevrolet*, 97 Cal.App.4th 856, 871, 118 Cal.Rptr.2d 770 (2002). Defendant engaged in fraudulent business acts or practices in that the representations and omissions of material fact described above have a tendency and likelihood to deceive purchasers and/or lessees of these vehicles, and the general public.

- An advertisement or promotional practice is likely to deceive if it includes assertions that are (1) untrue, or (2) "'true [, but] are either actually misleading or which [have] the capacity, likelihood or tendency to deceive or confuse the public.' [Citation]." (*Kasky v. Nike, Inc.* 27 Cal.4th 939, 951 (2002); *Leoni v. State Bar* 39 Cal.3d 609, 626 (1985).)

- Here, Defendant's practice of misrepresenting the safety and reliability of its vehicles is likely to deceive members of the public because the statements are untrue. It is inconceivable to

-22-

think that consumers will be able to see through Defendant misrepresentations and know that Defendant's vehicles are neither safe, nor reliable, nor fit for their intended purpose.

91.     The business scheme employed by Defendant is unlawful, unfair, and fraudulent because Defendant is purposely concealing information about the aforementioned defects so that consumers, like Plaintiffs, will purchase and/or lease a vehicle that is neither functionable, reliable, safe, nor fit for its ordinary purpose.

92.     Defendant deceived Plaintiffs by failing to disclose the aforementioned defects and inducing the sale of the Subject Vehicle.

93.     Defendant has every intention of deceiving and injuring consumers. If it did not, then Defendant would not be so immoral, unethical, oppressive, unscrupulous, and deceptive when it comes to the defective Subject Vehicle.

94.     The business scheme deployed by Defendant to deceive Plaintiffs into acquiring the Subject Vehicle with the aforementioned defects is unlawful, unfair, and fraudulent.

95.     Plaintiffs surrendered more in the transaction because they purchased a vehicle that was defective. Had Plaintiffs been aware of the aforementioned defects, they would not have acquired the Subject Vehicle in the first place and/or at least paid less for the Subject Vehicle. As such, Plaintiffs have established a loss or deprivation of money or property sufficient to qualify as injury in fact. *Kwikset Corp.*, 52 Cal.4th 310, 323.

96.     Defendant commits these acts with the conscious and reckless disregard to the truth or falsity of such misrepresentations and promises and wrongful acts in violation of Cal. Bus. & Prof. Code § 17200, *et seq.*

97.     The acts of Defendant as herein described, present a continuing threat to members of the general public in that Defendant continues to engage in these deceptive practices and will not cease doing so unless and until an injunction is issued by this Court.

98.     If Defendant is allowed to continue to engage in these deceptive practices other consumers will also purchase and/or lease defective vehicles putting themselves and others on the road in extreme danger.

99.     As a direct result of the aforementioned acts, Defendant unlawfully, unfairly, and unjustly

1  collected and continues to hold revenues and profits derived directly or indirectly from Plaintiffs, who

2  have been victimized by the practices challenged herein. Defendant failed to disgorge and/or waive any

3  of these revenues that do not properly belong to it.

4      100.    In accordance with the provisions of Cal. Bus. & Prof. Code §§ 17200 and 17203, Plaintiffs

5  are entitled to an order enjoining the unlawful, unfair, deceptive, and/or fraudulent acts as described

6  herein, and directing Defendant to make full restitution to Plaintiffs, who have suffered from such acts.

7      101.    As a direct and proximate result of the acts and omissions of Defendant, Plaintiffs have

8  suffered damages for which relief is sought herein.

9      102.    Specifically, damages include the full purchase price of the Subject Vehicle, the depreciation

10  in the value of the Subject Vehicle, and any and all incidental and consequential damages as a result of

11  the purchase, which would not have taken place but for the fraudulent misrepresentations both prior to

12  and at the time of the purchase, including the money spent for the Subject Vehicle's repairs, storage,

13  and/or towing, as well as the money spent on rental vehicles. Alternatively, Plaintiffs suffered damages

14  in the amount of the difference between the Subject Vehicle and a similar vehicle that was in excellent

15  mechanical condition and did not suffer from any defects, as represented to Plaintiffs, plus tax and

16  licensing fees.

17  **SEVENTH CAUSE OF ACTION**

18  VIOLATION OF BUSINESS & PROFESSIONS CODE § 17500, ET SEQ.

19  *(Against All Defendants)*

20      103.    Plaintiffs re-allege and incorporate by reference as fully set forth herein all paragraphs of

21  Plaintiffs' Complaint for Damages.

22      104.    Plaintiffs have standing to bring this claim because they have lost money or property as a

23  result of the misconduct alleged.

24      105.    Cal. Bus. & Prof. Code § 17500, *et seq.* prohibits unfair, deceptive, untrue, or misleading

25  communications and statements, including, but not limited to, false statements as to the nature of services

26  to be provided.

27      106.    The business scheme employed by Defendant is unfair, deceptive, untrue, and misleading

28  because it is taking advantage of its status as an expert in the industry and selling/leasing vehicles to

consumers who are unaware, and have no reason to be aware, that the vehicles are in fact defective.

107.    Defendant deceived Plaintiffs by designing, manufacturing, producing, distributing, selling and/or leasing the Subject Vehicle with the aforementioned defects.

108.    Defendant intentionally made the previously alleged misrepresentations and promises, devised, and executed a scheme to defraud Plaintiffs, and did so resulting in a damage to Plaintiffs with the conscious and reckless disregard to the truth or falsity of such misrepresentations and promises and wrongful acts.

109.    In acting so, Defendant committed acts of untrue and misleading advertising as defined in Cal. Bus. & Prof. Code § 17500, by advertising its services contrary to their true nature.

110.    Defendant knew, or should have known, that the Subject Vehicle was defective and therefore was not functionable, reliable, safe, or even fit for its ordinary purpose.

111.    Plaintiffs did in fact rely on Defendant's deceptive, untrue, and misleading communications and statements and suffered damages as a direct result. Specifically, Defendant's deceptive, untrue, and misleading communications and statements tricked Plaintiffs into acquiring the Subject Vehicle. As such, Plaintiffs have established a loss or deprivation of money or property sufficient to qualify as injury in fact. *Kwikset,* 52 Cal.4th 310, 323.

112.    Plaintiffs' reliance on the representations was justified and reasonable because Manufacturer is an expert in the industry. There was no reason for Plaintiffs to know that the Subject Vehicle was defective and therefore was not functionable, reliable, safe, or even fit for its ordinary purpose.

113.    Defendant's unfair, deceptive, untrue, and misleading communications and advertising described above present a continuing threat to members of the general public in that Defendant will continue to engage in these practices with respect to the general public and will not cease doing so unless and until an injunction is issued by this Court.

114.    If Defendant is allowed to continue to engage in these deceptive practices more consumers will purchase and/or lease defective vehicles putting more and more people in extreme danger.

115.    As a direct result of the aforementioned acts, Defendant has received, and continues to unjustly hold, collect, or accept revenues derived directly or indirectly from Plaintiffs, through untrue and misleading representations and advertising.

116.     In accordance with the provisions of Cal. Bus. & Prof. Code §§ 17500 and 17535, Plaintiffs are entitled to an order enjoining the acts of untrue and misleading advertising and representations described herein and directing Defendant to make full restitution to Plaintiffs, who suffered from such acts.

117.     As a direct and proximate result of the acts and omissions of Defendant, Plaintiffs have suffered damages for which relief is sought herein.

118.     Specifically, damages include the full purchase price of the Subject Vehicle, the depreciation in value of the Subject Vehicle, and any and all incidental and consequential damages as a result of the purchase, which would not have taken place but for the fraudulent misrepresentations both prior to and at the time of the purchase, including the money spent for the Subject Vehicle's repairs, storage, and/or towing, as well as the money spent on rental vehicles. Alternatively, Plaintiffs suffered damages in the amount of the difference between the Subject Vehicle and a similar vehicle that was in excellent mechanical condition and did not suffer from any defects, as represented to Plaintiffs, plus tax and licensing fees.

**EIGHTH CAUSE OF ACTION**

NEGLIGENCE

*(Against All Defendants)*

119.     Plaintiffs re-allege and incorporate by reference as fully set forth herein all paragraphs of Plaintiffs' Complaint for Damages.

120.     At all times mentioned herein, Defendant was engaged in the business of designing, manufacturing, testing, distributing, selling, inspecting, repairing, marketing, constructing, labeling, and advertising of the Subject Vehicle.

121.     At all times mentioned herein, Defendant had a duty of care in the designing, manufacturing, testing, distributing, selling, inspecting, repairing, marketing, constructing, labeling, and advertising of the Subject Vehicle.

122.     At all times mentioned herein, Defendant had a duty to warn all users of its vehicles of the attendant risks of harm, said risks of harm being at all times known and/or foreseeable to Defendant.

123.     At all times mentioned herein, Defendant knew, or in the exercise of reasonable care should

have known, that if the Subject Vehicle was not properly designed, manufactured, tested, distributed, sold, inspected, repaired, marketed, constructed, and labeled, for the use and purpose for which the Subject Vehicle was intended, the Subject Vehicle was likely to cause injuries to owners, passengers, and users of the Subject Vehicle.

124.    Since the date of the purchase, Plaintiffs have used the Subject Vehicle in the way it was intended to be used. At that time and prior thereto, Defendant negligently and carelessly manufactured, designed, constructed, equipped, tested, installed, repaired, assembled, maintained, and handled the Subject Vehicle so that it was defective and unsafe when used and operated in the manner for which it was intended.

125.    The Subject Vehicle's defects existed at the time it left Defendant's control.

126.    As a direct and legal result of the Subject Vehicle's defects, Plaintiffs were injured by the Subject Vehicle while it was being used in the manner for which it was intended, the risk of which was at all times known and foreseeable to Defendant.

127.    As a direct and proximate result of the acts and omissions of Defendant, Plaintiffs have suffered damages for which relief is sought herein.

128.    Specifically, damages include full purchase price of the Subject Vehicle, the depreciation in value of the Subject Vehicle, and any and all incidental and consequential damages as a result of the purchase, which would not have taken place but for the fraudulent misrepresentations both prior to and at the time of the purchase, including the money spent for the Subject Vehicle's repairs, storage, and/or towing, as well as the money spent on rental vehicles. Alternatively, Plaintiffs suffered damages in the amount of the difference between the Subject Vehicle and a similar vehicle that was in excellent mechanical condition and did not suffer from any defects, as represented to Plaintiffs, plus tax and licensing fees.

## NINTH CAUSE OF ACTION

### STRICT LIABILITY

*(Against all Defendants)*

129.    Plaintiffs re-allege and incorporate by reference as fully set forth herein all paragraphs of Plaintiffs' Complaint for Damages.

-27-

1    130.    The Subject Vehicle was defective in its design and/or its manufacture.

2    131.    Manufacturer is the manufacturer of the Subject Vehicle.

3    132.    The Subject Vehicle's defects existed when it left Manufacturer's possession.

4    133.    The defects were the cause of Plaintiffs' injury.

5    134.    Plaintiffs' injury resulted from their reasonably foreseeable use of the Subject Vehicle.

6    135.    As a direct and proximate result of the acts and omissions of Manufacturer, Plaintiffs have
7    suffered damages for which relief is sought herein.

8    136.    Specifically, damages include full purchase price of the Subject Vehicle, the depreciation in
9    value of the Subject Vehicle, and any and all incidental and consequential damages as a result of the
10   purchase, which would not have taken place but for the fraudulent misrepresentations both prior to and
11   at the time of the purchase, including the money spent for the Subject Vehicle's repairs, storage, and/or
12   towing, as well as the money spent on rental vehicles. Alternatively, Plaintiffs suffered damages in the
13   amount of the difference between the Subject Vehicle and a similar vehicle that was in excellent
14   mechanical condition and did not suffer from any defects, as represented to Plaintiffs, plus tax and
15   licensing fees.

16                                    **PRAYER FOR RELIEF**

17       Wherefore, Plaintiffs pray for judgment as follows:

18       • For recovery of the greater of actual damages according to proof, if adequate, as
19         appropriate;

20       • For recovery of all incidental damages, as appropriate;

21       • For recovery of all consequential damages, as appropriate;

22       • For restitution, as appropriate;

23       • For injunctive relief, as appropriate;

24       • For recovery of interest at the legal rate, as appropriate;

25       • For recovery for all reasonable attorneys' fees and the aggregate amount of costs
26         reasonably incurred pursuant to California's Private Attorney General Statute, Cal. Civ.
27         Proc. Code § 1021.5, as appropriate; or

28       • Recovery for all reasonable attorneys' fees and the aggregate amount of costs reasonably

-28-

incurred pursuant to Cal. Civ. Code § 1794;

- For refund of all monies paid for the Subject Vehicle including all collateral charges and incidental damages pursuant to Cal. Civ. Code § 1793.2(d);

- A civil penalty not to exceed two times the amount of actual damages pursuant to Cal. Civ. Code § 1794(c);

- For refund of all monies paid for the Subject Vehicle pursuant to 15 U.S.C. § 2304(a)(4);

- For refund of all incidental and consequential damages incurred pursuant to 15 U.S.C. § 2304(a)(3);

- For recovery for all reasonable attorneys' fees and the aggregate amount of costs reasonably incurred pursuant to § 2310(d)(2); and

- For recovery of Four Hundred Forty-Two Thousand Eight Hundred Ten Dollars and Twenty-Six Cents ($444,810.26) in damages.

**PLAINTIFFS HEREBY REQUEST A JURY TRIAL IN THIS MATTER.**

DATED: 05/17/2024                    THE MARGARIAN LAW FIRM
                                     462 West Colorado Street
                                     Glendale, California 91204

                                     By */s/ Hovanes Margarian*
                                     Hovanes Margarian
                                     Attorney for Plaintiffs
                                     LILIT ARAKELYAN
                                     TARON HAKOBYAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

PLAINTIFFS' COMPLAINT FOR DAMAGES

RN115388416-1667005253
This is a retention copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

# ILAW 553-CA-ARB-eps 8/22

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) Lilit Arakelyan | Co-Buyer Name and Address (Including County and Zip Code) Taron Hakobyan | Seller-Creditor (Name and Address) Tesla Motors Inc. 45500 Fremont Blvd Fremont, CA 94538 Alameda |
|---|---|---|

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| New | 2023 | Tesla Model X | 20 | 7SAXCBE58PF367233 | Personal, family, or household unless otherwise indicated below ☐ business or commercial |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $14,678.05 |
|---|---|---|---|---|
| 6.60 % | $ 23,511.76 (e) | $ 110,000.00 (e) | $ 133,511.76 (e) | $ 148,089.81 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments | When Payments Are Due: |
|---|---|---|
| One Payment of N/A | $ N/A | N/A |
| One Payment of N/A | $ N/A | N/A |
| One Payment of N/A | $ N/A | N/A |
| 72 | $ 1,854.33 | Monthly beginning 11/28/2022 |
| N/A | $ N/A | N/A |
| One final payment N/A | $ N/A | N/A |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

| | | Term | Premium |
|---|---|---|---|
| N/A | Ded Comp. Fire & Theft | N/A Mos. | $ N/A |
| N/A | Ded Collision | N/A Mos. | $ N/A |
| Bodily Injury $ N/A Limits | | N/A Mos. | $ N/A |
| Property Damage $ N/A Limits | | N/A Mos. | $ N/A |
| Medical N/A | | N/A Mos. | $ N/A |
| | | N/A Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | | $ |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X *Lilit Arakelyan*

Co-Buyer X *Taron Hakobyan*

Seller X *Tony Jones*

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle(s) to arrive at the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s). You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s) to the lienholder or lessor of the trade-in vehicle(s), or its designee. If the actual payoff amount is more than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown as the Prior Credit or Lease Balance in Trade-In Vehicle(s), Seller will refund to you any overage Seller otherwise owes from your prior lienholder or lessor. Except as stated in the "NOTICE" on page 5 of this contract, any assignee of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in Trade-In Vehicle(s) or any refund.

Buyer Signature X _____   Co-Buyer Signature X _____

### AUTO BROKER FEE DISCLOSURE

If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:
☐ Name of autobroker receiving fee, if applicable: _____ N/A

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 5 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____ *Lilit Arakelyan*   Co-Buyer Signs X _____ *Taron Hakobyan*

Buyer Signs X _____ *Lilit Arakelyan*   Co-Buyer Signs X _____ *Taron Hakobyan*

This retention copy was created on Dec 20, 2023 04:04:07 PM for Tesla, Inc..

RN115388416-1667005253

Case 2:24-cv-05326   Document 1-1   Filed 06/24/24   Page 36 of 112   Page ID #:42
This is a retention copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

**ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)**

1. **Total Cash Price**
   A. Cash Price of Motor Vehicle and Accessories .......................... $ 112,790.00 (A)
      1. Cash Price Vehicle ........................................ $ 112,790.00
      2. Cash Price Accessories .................................... $ N/A
      3. Other (Nontaxable) Describe ____N/A____ .................. $ N/A
      4. Other (Nontaxable) Describe ____N/A____ .................. $ N/A
   B. Document Processing Charge (not a governmental fee) .............. $ N/A (B)
   C. Emissions Testing Charge (not a governmental fee) ................ $ N/A (C)
   D. (Optional) Theft Deterrent Device(s)
      1. (paid to) ____N/A____ .................................... $ N/A (D1)
      2. (paid to) ____N/A____ .................................... $ N/A (D2)
      3. (paid to) ____N/A____ .................................... $ N/A (D3)
   E. (Optional) Surface Protection Product(s)
      1. (paid to) ____N/A____ .................................... $ N/A (E1)
      2. (paid to) ____N/A____ .................................... $ N/A (E2)
   F. EV Charging Station (paid to) ____N/A____ ...................... $ N/A (F)
   G. Sales Tax (on taxable items in A through F) ..................... $ 10,715.05 (G)
   H. Electronic Vehicle Registration or Transfer Charge
      (not a governmental fee) (paid to) ____Tesla, Inc.____ ......... $ 31.00 (H)
   I. (Optional) Service Contract(s)
      1. (paid to) ____N/A____ .................................... $ N/A (I1)
      2. (paid to) ____N/A____ .................................... $ N/A (I2)
      3. (paid to) ____N/A____ .................................... $ N/A (I3)
      4. (paid to) ____N/A____ .................................... $ N/A (I4)
      5. (paid to) ____N/A____ .................................... $ N/A (I5)
   J. Prior Credit or Lease Balance (e) paid by Seller to ____N/A____ $ 0.00 (J)
      (see downpayment and trade-in calculation)
   K. Prior Credit or Lease Balance (e) payable by Seller to ____N/A____ $ N/A (K)
      (see downpayment and trade-in calculation)
   L. (Optional) Debt Cancellation Agreement ......................... $ N/A (L)
   M. (Optional) Used Vehicle Contract Cancellation Option Agreement .. $ N/A (M)
   N. Other paid to ____N/A____ For ____N/A____ ...................... $ N/A (N)
   O. Other paid to ____N/A____ For ____N/A____ ...................... $ N/A (O)
   **Total Cash Price (A through O)** ................................ $ 123,536.05 (1)

2. **Amounts Paid to Public Officials**
   A. Vehicle License Fees .......................................... $ 733.00 (A)
   B. Registration/Transfer/Titling Fees ............................ $ 302.00 (B)
   C. California Tire Fees .......................................... $ 7.00 (C)
   D. Other ____N/A____ ............................................. $ N/A (D)
   **Total Official Fees (A through D)** ............................. $ 1,042.00 (2)

3. **Amount Paid to Insurance Companies (Total premiums from Statement of Insurance)** ... $ N/A (3)

4. ☐ **State Emissions Certification Fee or ☐ State Emissions Exemption Fee** ... $ N/A (4)

5. **Subtotal (1 through 4)** ...................................... $ 124,578.05 (5)

6. **Total Downpayment**
   A. Total Agreed Value of Property Being Traded-In (see Trade-In Vehicle(s)): ... $ 0.00 (A)
      Vehicle 1 $ 0.00  Vehicle 2 $ N/A
   B. Total Less Prior Credit or Lease Balance (e) ..................... $ 0.00 (B)
      Vehicle 1 $ 0.00  Vehicle 2 $ N/A
   C. Total Net Trade-In (A–B) ....................................... $ 0.00 (C)
      Vehicle 1 $ 0.00  Vehicle 2 $ N/A
   D. Deferred Downpayment Payable to Seller ......................... $ N/A (D)
   E. Manufacturer's Rebate ......................................... $ N/A (E)
   F. Other ____N/A____ ............................................. $ N/A (F)
   G. Other ____N/A____ ............................................. $ N/A (G)
   H. Other ____N/A____ ............................................. $ N/A (H)
   I. Cash, Cash Equivalent, Check, Credit Card, or Debit Card ....... $ 14,578.05 (I)
   **Total Downpayment (C through I)** ............................... $ 14,578.05 (6)
   (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1J and/or 1K above)

7. **Amount Financed (5 less 6)** ................................. $ 110,000.00 (7)

---

**OPTIONAL DEBT CANCELLATION AGREEMENT.** A debt cancellation agreement is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy debt cancellation, the charge is shown in item 1L of the Itemization of Amount Financed. See your debt cancellation agreement for details on the terms and conditions it provides. It is a part of this contract.

Term ____N/A____ Mos. _____
                        Debt Cancellation Agreement

I want to buy a debt cancellation agreement.

**Buyer Signs X** ____N/A____

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1I.

I1 Company ____N/A____
Term ____N/A____ Mos. or ____N/A____ Miles
I2 Company ____N/A____
Term ____N/A____ Mos. or ____N/A____ Miles
I3 Company ____N/A____
Term ____N/A____ Mos. or ____N/A____ Miles
I4 Company ____N/A____
Term ____N/A____ Mos. or ____N/A____ Miles
I5 Company ____N/A____
Term ____N/A____ Mos. or ____N/A____ Miles
Buyer X ____N/A____

**Trade-In Vehicle(s)**

1. Vehicle 1
Year ____N/A____ Make ____N/A____
Model ____N/A____ Odometer ____N/A____
VIN ____N/A____
a. Agreed Value of Property $ 0.00
b. Buyer/Co-Buyer Retained Trade Equity $ N/A
c. Agreed Value of Property
   Being Traded-In (a–b) $ 0.00
d. Prior Credit or Lease Balance $ 0.00
e. Net Trade-In (c–d) (must be ≥ 0
   for buyer/co-buyer to retain equity) $ 0.00

2. Vehicle 2
Year ____N/A____ Make ____N/A____
Model ____N/A____ Odometer ____N/A____
VIN ____N/A____
a. Agreed Value of Property $ N/A
b. Buyer/Co-Buyer Retained Trade Equity $ N/A
c. Agreed Value of Property
   Being Traded-In (a–b) $ N/A
d. Prior Credit or Lease Balance $ N/A
e. Net Trade-In (c–d) (must be ≥ 0
   for buyer/co-buyer to retain equity) $ N/A

**Total Agreed Value of Property**
Being Traded-In (1c+2c) $ 0.00 *
**Total Prior Credit or Lease**
Balance (1d+2d) $ 0.00 *
**Total Net Trade-In (1e+2e)** $ 0.00 *
(*Item 6A–6C in the Itemization of Amount Financed)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before ____N/A____ , Year ____N/A____ .

SELLER'S INITIALS ____N/A____

---

Buyer Signs X _____   Co-Buyer Signs X _____       *LAW 553-CA-ARB-eps 8/22 v2*   Page 2 of 6

RN115388416-1667005253
This is a retention copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

## OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

**a. How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. Seller - Creditor may receive part of the Finance Charge.

**b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

**c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d. You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment. As of the date of your payment, if the minimum finance charge is greater than the earned Finance Charge, you may be charged the difference; the minimum finance charge is as follows: (1) $25 (if the original Amount Financed does not exceed $1,000, (2) $50 if the original Amount Financed is more than $1,000 but not more than $2,000, or (3) $75 if the original Amount Financed is more than $2,000.

**2. YOUR OTHER PROMISES TO US**

**a. If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

> **GAP LIABILITY NOTICE**
> In the event of theft or damage to your vehicle that results in a total loss, there may be a gap between the amount you owe under this contract and the proceeds of your insurance settlement and deductible. THIS CONTRACT PROVIDES THAT YOU ARE LIABLE FOR THE GAP AMOUNT. An optional debt cancellation agreement for coverage of the gap amount may be offered for an additional charge.

**b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c. Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract as the law allows. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d. Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

**a. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract.
Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information during credit application;
- You start a proceeding in bankruptcy or one is started against you or your property;
- The vehicle is lost, damaged, or destroyed; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c. You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give to us is dishonored.

**d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). You may redeem the vehicle by paying all you owe, or you may have the right to reinstate this contract and redeem the vehicle by paying past due payments and any late charges, providing proof of insurance, and/or taking other action to cure the default. We will provide you all notices required by law to tell you when and how much to pay and/or what action you must take to redeem the vehicle.

---

Buyer Signs X    Co-Buyer Signs X *Taron Hakobyan*   *LAW 553-CA-ARB-eps 8/22 v2*   Page 3 of 6

This retention copy was created on Dec 20, 2023 04:04:07 PM for Tesla, Inc..

RN115388416-1667005253  This is a retention copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at the Annual Percentage Rate shown on page 1 of this contract, not to exceed the highest rate permitted by law, until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   **If you do not get a written warranty, and the Seller does not enter into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. If the Seller has sold you a certified used vehicle, the warranty of merchantability is not disclaimed.

5. **Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
   **Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

6. **SERVICING AND COLLECTION CONTACTS**
   In consideration of our extension of credit to you, you agree to provide us your contact information for our servicing and collection purposes. You agree that we may use this information to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. **You agree that you will within a reasonable time notify us of any change in your name, address, or employment. You also agree to allow our agents and service providers to contact you as agreed above.**

7. **APPLICABLE LAW**
   Federal law and California law apply to this contract. If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

8. **WARRANTIES OF BUYER**
   You promise you have given true and correct information during your application for credit, and you have no knowledge that will make that information untrue in the future. We have relied on the truth and accuracy of that information in entering into this contract. Upon request, you will provide us with documents and other information necessary to verify any item contained in your credit application.

You waive the provisions of Calif. Vehicle Code Section 1808.21 and authorize the California Department of Motor Vehicles to furnish your residence address to us.

### CREDIT DISABILITY INSURANCE NOTICE
### CLAIM PROCEDURE

If you become disabled, you must tell us right away. (You are advised to send this information to the same address to which you are normally required to send your payments, unless a different address or telephone number is given to you in writing by us as the location where we would like to be notified.) We will tell you where to get claim forms. You must send in the completed form to the insurance company as soon as possible and tell us as soon as you do.

If your disability insurance covers all of your missed payment(s), WE CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOSE UPON OR REPOSSESS ANY COLLATERAL UNTIL THREE CALENDAR MONTHS AFTER your first missed payment is due or until the insurance company pays or rejects your claim, whichever comes first. We can, however, try to collect, foreclose, or repossess if you have any money due and owing us or are otherwise in default when your disability claim is made or if a senior mortgage or lien holder is foreclosing.

If the insurance company pays the claim within the three calendar months, we must accept the money as though you paid on time. If the insurance company rejects the claim within the three calendar months or accepts the claim within the three calendar months on a partial disability and pays less than for a total disability, you will have 35 days from the date that the rejection or the acceptance of the partial disability claim is sent to pay past due payments, or the difference between the past due payments and what the insurance company pays for the partial disability, plus late charges. You can contact us, and we will tell you how much you owe. After that time, we can take action to collect or foreclose or repossess any collateral you may have given.

If the insurance company accepts your claim but requires that you send in additional forms to remain eligible for continued payments, you should send in these completed additional forms no later than required. If you do not send in these forms on time, the insurance company may stop paying, and we will then be able to take action to collect or foreclose or repossess any collateral you may have given.

This retention copy was created on Dec 20, 2023 04:04:07 PM for Tesla, Inc..

## Seller's Right to Cancel

a.  Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take some time for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel the contract.

b.  Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to cancel. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give back to you all consideration received by Seller, including any trade-in vehicle.

c.  If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.

d.  While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle, shall be in full force and you shall assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage to the vehicle until the vehicle is returned to Seller.

---

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. **EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN YOU AND US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.**

2. **IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.**

3. **DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.**

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, any allegation of waiver of rights under this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this Vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator only on an individual basis and not as a plaintiff in a collective or representative action, or a class representative or member of a class on any class claim. The arbitrator may not preside over a consolidated, representative, class, collective, injunctive, or private attorney general action. You expressly waive any right you may have to arbitrate a consolidated, representative, class, collective, injunctive, or private attorney general action. You or we may choose the American Arbitration Association (www.adr.org) or National Arbitration and Mediation (www.namadr.com) as the arbitration organization to conduct the arbitration. If you and we agree, you or we may choose a different arbitration organization. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this transaction was originated. We will pay the filing, administration, service, or case management fee and the arbitrator or hearing fee up to a maximum of $5,000, unless the law or the rules of the chosen arbitration organization require us to pay more. You and we will pay the filing, administration, service, or case management fee and the arbitrator or hearing fee over $5,000 in accordance with the rules and procedures of the chosen arbitration organization. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. §§ 1 et seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate any related or unrelated claims by filing any action in small claims court, or by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual or statutory public injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. You agree that you expressly waive any right you may have for a claim or dispute to be resolved on a class basis in court or in arbitration. If a court or arbitrator finds that this class arbitration waiver is unenforceable for any reason with respect to a claim or dispute in which class allegations have been made, the rest of this Arbitration Provision shall also be unenforceable.

---

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

---

Buyer Signs X *Lilit Arakelyan*          Co-Buyer Signs X *Taron Hakobyan*          *LAW 553-CA-ARB-eps 8/22 v2*   Page 5 of 6

RN115388416-1667005253     This is a retention copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

Buyer Signs X *Lilit Arakelyan*                    Co-Buyer Signs X *Taron Hakobyan*

**SELLER'S RIGHT TO CANCEL** If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on page 5 of this contract giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.

Buyer X *Lilit Arakelyan*                    Co-Buyer X *Taron Hakobyan*

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
   **WARNING:**
   YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
   FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
   THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

S/S X *Lilit Arakelyan*                    X *Taron Hakobyan*

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof. After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X *Lilit Arakelyan*                    Co-Buyer Signature X *Taron Hakobyan*

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**
California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ ALL PAGES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON PAGE 5, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X *Lilit Arakelyan*     Date 10/28/2022     Co-Buyer Signature X *Taron Hakobyan*     Date 10/28/2022

Buyer Printed Name Lilit Arakelyan     Co-Buyer Printed Name Taron Hakobyan

If the "business" use box is checked in "Primary Use for Which Purchased," Print Name __N/A__     Title __N/A__

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X __N/A__     Address __N/A__

**GUARANTY:** To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing. Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X __N/A__     Date __N/A__     Guarantor X __N/A__     Date __N/A__

Address __N/A__     Address __N/A__

Seller Signs   Tesla Motors Inc.     Date 10/28/2022   By X *Troy Jones*     Title President

Seller assigns its interest in this contract to Tesla Finance LLC     (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse     ☒ Assigned without recourse     ☐ Assigned with limited recourse

Seller   Tesla Motors Inc.

By X *Troy Jones*     Title   President

**LAW** FORM NO. 553-CA-ARB-eps (REV. 8/22)
©2022 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

*LAW 553-CA-ARB-eps 8/22 v2*     Page 6 of 6

**EXHIBIT B**

PLAINTIFFS' COMPLAINT FOR DAMAGES



**Tesla, Inc**
811 S San Fernando Blvd
Burbank,CA,US 91502
Ph.: 818-480-9217

# Invoice

**SERVICE DEPARTMENT HOURS**
Mon-Fri 8:00 a.m. - 5:00 p.m
Saturday-Sunday Sat 8am – 5pm, Sun Closed

B.A.R.# ARD00281719
E.P.A.ID# CAL000411693

## Paid

| Invoice date | Invoice number |
|---|---|
| 14-Nov-2022 | 3000S0005674536 |
| **Due Date** | |
| 14 Nov 2022 | |
| **Date/Time Received** | **Date/Time Promised** |
| 13-Nov-2022 08:27:17 | 14-Nov-2022 09:00:27 |
| **Odometer In** | **Odometer Out** |
| 858 Miles | 859 Miles |
| **Ready Date** | |
| 13-Nov-2022 15:39:06 | |
| **Service Advisor** | |
| Luis Guzman | |

| Bill To | Mobile Phone | Additional Phone | | Vehicle Identification Number | |
|---|---|---|---|---|---|
| Taron Hakobyan | | | | 7SAXCBE58PF367233 | |
| | **Year** | **Model** | **License Plate Number** | **Colour** | |
| | 2023 | MODEL X | | Pearl White Multi Coat | |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** Customer states: Other · Exterior - Fender not alligned correctly. driver side front fender not flush<br><br>Inspected front fascia fender area because of customer request. Adjusted area described by customer.<br><br>**Correction: Exterior Component/Panel/Glass Adjustment - 0.4**<br><br>Pay Type: Rectification | 0.00 |
| 2 | **Concern:** Check tire pressure and condition<br><br>Inspected tire tread depth and inflated tires to 42 psi.<br>Tread Depth Measure Type<br>mm<br>Tread depth - Record the lowest measurement across all groves<br>Front Driver: 6<br>Front Passenger: 6<br>Back Driver: 6<br>Back Passenger: 6<br>Tire replacement recommended<br>No<br>Tire rotation recommended<br>No<br><br>**Correction: Automated Tire Pressure Check**<br><br>**Correction: Check Tire Tread Depth**<br><br>Pay Type: Goodwill  Service | 0.00 |

Service Center hourly rate: USD 240

All parts are new unless otherwise specified.

You agree that: Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle including on streets, highways, or public roadways for the sole purpose of testing and/or inspection of repairs; Tesla may update your vehicle's software in the course of a repair or as part of the standard vehicle maintenance process per your owner's manual and New Vehicle Limited Warranty; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs, storage and other applicable fees; the vehicle owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees of $35/day from the fourth working day after you are notified that repairs on your vehicle are complete and that the vehicle is ready for pick up.

| | |
|---|---|
| Total Parts (USD) | 0.00 |
| Total Labor (USD) | 0.00 |
| Discount | 0.00 |
| **Subtotal (USD)** | 0.00 |
| Tax | 0.00 |
| **Total Amount (USD)** | 0.00 |
| **Total Paid (USD)** | 0.00 |
| **Payment Due (USD)** | 0.00 |

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla issued New or Used Vehicle Limited Warranty, Tesla Parts, Body, and Paint Repair Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Any parts (including tires/wheels) removed or replaced by Tesla during vehicle service will become the property of Tesla. However, at the time you authorize repairs, you may request to receive (subject to any applicable core charge, which you agree to pay) or inspect replaced parts (excluding inflatable restraint system components), except body shop repair parts and parts required to be returned to the manufacturer or a third party under a warranty, trade in or exchange agreement, which will only be presented to you for examination and not returned.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done pursuant to the terms and conditions as set forth in this service agreement document.

## Signature:                                                          Date:

Warning: Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

## FullName:

A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.

You further agree and acknowledge that:

- Tesla is not responsible for loss or damage to the vehicle or any articles left in the vehicle in case of fire, theft, hail, wind, or any other causes beyond its control;
- Tesla personnel will turn off any photo or video capturing devices, such as dashboard cameras, once they receive the vehicle in preparation for service and your vehicle's Tesla dash cam will be enabled when you pick up your Tesla from this Service visit;
- Labor charges are not based solely on actual service personnel's time but are aggregate prices for specific services or repairs, which may include flat rates based on industry manuals and vehicle condition;
- Waste storage and disposal fees are charged separately when applicable to specific services or repairs, and represent costs and profits to Tesla which are calculated based on average annualized costs across Tesla service facilities;
- Items purchased over the counter or online directly from Tesla may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied);
- Tesla-branded parts purchased directly from Tesla over-the-counter, online or purchased and installed by Tesla Service are covered under the Tesla Parts, Body, and Paint Repair Limited Warranty for a period of 12 months subject to the applicable terms, conditions and exclusions and available at https://www.tesla.com/support/vehicle-warranty;

- All charges for repairs, including labor, parts and materials furnished, are due and payable simultaneously with the return of your vehicle or prior to return upon the expiration of three (3) working days after notice has been sent by Tesla that the vehicle is ready;
- If applicable, you have the right to choose the licensed repair shop where the damage to your vehicle will be repaired;
- All crash parts supplied meet the standards used in manufacturing the original equipment replaced;
- If any repair, storage and other applicable fees remain unpaid for thirty (30) days after a request for payment, Tesla may pursue collection and you will be responsible for paying all reasonable attorney's fees and costs for such collection;
- If provided a loaner or rental vehicle, the vehicle must be returned within 24 hours of such notification or a daily usage rate of up to $100 USD and applicable fees will be charged until the return of such loaner vehicle;
- The repair work may not be completed prior to the date and time noted under Date/Time Promised and Tesla may adjust the estimated completion date upon notification to you and is not responsible for any delays caused by the unavailability of parts or parts shipments; and
- Tesla (and any of its subsidiaries) may contact you via emails, calls, SMS or other messages including through the Tesla app (collectively, "messages") to obtain authorization and provide updates regarding this Service visit and your vehicle. Standard SMS message and data rates may apply. You can withdraw your consent to receive automated SMS messages at any time by replying "STOP" or providing written notification to Tesla's customer representative.



**Tesla, Inc**
811 S San Fernando Blvd
Burbank, CA, US 91502
Ph.: 818-480-9217

# Invoice

**SERVICE DEPARTMENT HOURS**
Mon-Fri 8:00 a.m. - 6:00 p.m
Saturday-Sunday 9:00 a.m. - 5:00 p.m

B.A.R.# ARD00281719
E.P.A.ID# CAL000411693

## Paid

| Invoice date | Invoice number |
|---|---|
| 06-Feb-2023 | 3000S0006277438 |
| **Due Date** | |
| 06 Feb 2023 | |
| **Date/Time Received** | **Date/Time Promised** |
| 06-Feb-2023 14:30:20 | 06-Feb-2023 14:31:00 |
| **Odometer In** | **Odometer Out** |
| 3895 Miles | 3895 Miles |
| **Ready Date** | |
| 06-Feb-2023 14:30:52 | |
| **Service Advisor** | |
| Mike Cuadra Cornejo | |

| Bill To | | | |
|---|---|---|---|
| Lilit Arakelyan | | | |

| Mobile Phone | Additional Phone | | Vehicle Identification Number |
|---|---|---|---|
| | | | 7SAXCBE58PF367233 |
| **Year** | **Model** | **License Plate Number** | **Colour** |
| 2023 | MODEL X | 9DMP862 | Pearl White Multi Coat |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** Driver window doesnt close with one click.<br><br>Calibrated driver side window<br><br>**Correction: Window Regulator - Front - LH - Recalibrate**<br><br>Pay Type: Basic Vehicle Limited Warranty | 0.00 |
| 2 | **Concern:** Flacon wing door on passenger side is erratic<br><br>Operated falcon wing door on passenger side and was able to duplicate customers concern. Inspected for fitment and found striker to latch to be misaligned. Door latch doesn't reach the striker at certain times.<br><br>**Correction: General Diagnosis**<br><br>Pay Type: Goodwill - Service | 0.00 |

Service Center hourly rate: USD 240

All parts are new unless otherwise specified.

You agree that: Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle including on streets, highways, or public roadways for the sole purpose of testing and/or inspection of repairs; Tesla may update your vehicle's software in the course of a repair or as part of the standard vehicle maintenance process per your owner's manual and New Vehicle Limited Warranty; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs, storage and other

| | |
|---|---|
| Total Parts (USD) | 0.00 |
| Total Labor (USD) | 0.00 |
| Discount | 0.00 |
| **Subtotal (USD)** | 0.00 |
| Tax | 0.00 |
| **Total Amount (USD)** | 0.00 |
| **Total Paid (USD)** | 0.00 |
| **Payment Due (USD)** | 0.00 |

applicable fees; the vehicle owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees of $35/day from the fourth working day after you are notified that repairs on your vehicle are complete and that the vehicle is ready for pick up.

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla issued New or Used Vehicle Limited Warranty, Tesla Parts, Body, and Paint Repair Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Any parts (including tires/wheels) removed or replaced by Tesla during vehicle service will become the property of Tesla. However, at the time you authorize repairs, you may request to receive (subject to any applicable core charge, which you agree to pay) or inspect replaced parts (excluding inflatable restraint system components), except body shop repair parts and parts required to be returned to the manufacturer or a third party under a warranty, trade in or exchange agreement, which will only be presented to you for examination and not returned.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done pursuant to the terms and conditions as set forth in this service agreement document.

## Signature:                                           Date:

> Warning: Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

## FullName:

> A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.

You further agree and acknowledge that:

- Tesla is not responsible for loss or damage to the vehicle or any articles left in the vehicle in case of fire, theft, hail, wind, or any other causes beyond its control;
- Tesla personnel will turn off any photo or video capturing devices, such as dashboard cameras, once they receive the vehicle in preparation for service and your vehicle's Tesla dash cam will be enabled when you pick up your Tesla from this Service visit;
- Labor charges are not based solely on actual service personnel's time but are aggregate prices for specific services or repairs, which may include flat rates based on industry manuals and vehicle condition;
- Waste storage and disposal fees are charged separately when applicable to specific services or repairs, and represent costs and profits to Tesla which are calculated based on average annualized costs across Tesla service facilities;
- Items purchased over the counter or online directly from Tesla may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied);
- Tesla-branded parts purchased directly from Tesla over-the-counter, online or purchased and installed by Tesla Service are covered under the Tesla Parts, Body, and Paint Repair Limited Warranty for a period of 12 months subject to the applicable terms, conditions and exclusions and available at https://www.tesla.com/support/vehicle-warranty;
- All charges for repairs, including labor, parts and materials furnished, are due and payable simultaneously with the return of your vehicle or prior to return upon the expiration of three (3) working days after notice has been sent by Tesla that the vehicle is ready;
- If applicable, you have the right to choose the licensed repair shop where the damage to your vehicle will be repaired;
- All crash parts supplied meet the standards used in manufacturing the original equipment replaced;
- If any repair, storage and other applicable fees remain unpaid for thirty (30) days after a request for payment, Tesla may pursue collection and you will be responsible for paying all reasonable attorney's fees and costs for such collection;
- If provided a loaner or rental vehicle, the vehicle must be returned within 24 hours of such notification or a daily usage rate of up to $100 USD and applicable fees will be charged until the return of such loaner vehicle;
- The repair work may not be completed prior to the date and time noted under Date/Time Promised and Tesla may adjust the estimated completion date upon notification to you and is not responsible for any delays caused by the unavailability of parts or parts shipments; and
- Tesla (and any of its subsidiaries) may contact you via emails, calls, SMS or other messages including through the Tesla app (collectively, "messages") to obtain authorization and provide updates regarding this Service visit and your vehicle. Standard SMS

message and data rates may apply. You can withdraw your consent to receive automated SMS messages at any time by replying "STOP" or providing written notification to Tesla's customer representative.



**Tesla, Inc**
811 S San Fernando Blvd
Burbank,CA,US 91502
Ph.: 818-480-9217

## Invoice

### SERVICE DEPARTMENT HOURS
**Mon-Fri 8:00 a.m. - 5:00 p.m**
**Saturday-Sunday Sat 8am – 5pm, Sun Closed**

B.A.R.# ARD00281719
E.P.A.ID# CAL000411693

## Paid

| Invoice date | Invoice number |
|---|---|
| 16-Mar-2023 | 3000S0006556927 |
| **Due Date** | |
| 16 Mar 2023 | |
| **Date/Time Received** | **Date/Time Promised** |
| 10-Mar-2023 15:04:27 | 15-Mar-2023 12:30:42 |
| **Odometer In** | **Odometer Out** |
| 4711 Miles | 4712 Miles |
| **Ready Date** | |
| 15-Mar-2023 10:42:18 | |
| **Service Advisor** | |
| Nick Bachmann | |

| Bill To | | | |
|---|---|---|---|
| Lilit Arakelyan | | | |
| **Mobile Phone** | **Additional Phone** | | **Vehicle Identification Number** |
| | | | 7SAXCBE58PF367233 |
| **Year** | **Model** | **License Plate Number** | **Colour** |
| 2023 | MODEL X | 9DMP862 | Pearl White Multi Coat |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** Customer states: Interior Trim   Defective interior stitching<br><br>Verified customer's concern about the stitching on the dash in the top right corner where the instrument cluster is at.<br><br>Inspected the new dash and found that the stitching was the same on both the new dash and the dash that was already installed in the vehicle. The only difference between them was the fact that adhesive was not added to the corner of the dash that is currently in the vehicle.<br><br>Taped off the instrument cluster and the dash as to not damage or get adhesive on those components. Applied industrial strength adhesive to the corner of the dash trim and to the mounting surface of the dash. Once the corner of the dash trim was set in place, held it place until the adhesive started to bond. Let the adhesive completely cure and inspected the dash trim to verify it stayed in place. Now both corners of the dash trim by the instrumental cluster are symmetrical.<br><br>**Correction: General Diagnosis**<br><br>**Correction: Interior Component/Trim/Seal Adjustment - 0.3**<br><br>Pay Type: Basic Vehicle Limited Warranty | 0.00 |
| 2 | **Concern:** Customer states: Other · Exterior - Falcon doors do not fully close<br><br>Function tested both falcon doors several times and verified customer's concern about them not closing all the way. The falcon doors not closing is intermittent. Pulled and reviewed logs for the falcon doors and verified them not closing all the way, but for different reasons.<br><br>Pursuing possible causes based on the logs, found the rear left passenger falcon door inward ultrasonic sensor being the cause of the door not closing properly. The purpose of the sensor is if it senses something under the falcon door while it is open, it will not close. The sensor is located behind the speaker grille located on the door panel. When removing the speaker grille, found the sensor improperly seated in the speaker grille. Once the sensor was properly seated into the speaker grille and the speaker grille was installed, function tested the rear left falcon door several times and verified the door was operating as designed with no faults. | 0.00 |

The rear right door logs verified that it could be a possible door misalignment that was at times hitting the rear quarter glass trim while closing, causing the door to stop. Function tested the rear right falcon door multiple times and it would sometimes hit the rear quarter glass trim. Inspection found no damage to the rear quarter glass trim and that when the door would contact the rear quarter glass trim, it would be by the inside of the rubber part of the outer belt seal. Further inspections of the door while it was opening and closing found that the falcon door needed to be adjusted so it no longer contacted the rear quarter glass trim.

Adjusted the rear right door several times until it was no longer contacting the rear quarter glass while closing. However, this shifted the rear fitment of the door to the rear right quarter panel and glass. The rear right door needs a slight adjustment to make it flush with the rear quarter panel. However this requires for the roof glass and falcon door struts to be removed in order to properly adjust the door which was previously done for the initial door adjustments.

Function tested both rear doors and found that they no longer had issues closing properly. Recommending to adjust the rear right door so it is flush with the rear right quarter panel and rear right quarter glass/trim.
Function tested both falcon doors several times and verified customer's concern about them not closing all the way. The falcon doors not closing is intermittent. Pulled and reviewed logs for the falcon doors and verified them not closing all the way, but for different reasons.

Pursuing possible causes based on the logs.


**Correction: General Diagnosis**


**Correction: Exterior Component/Panel/Glass Adjustment - 0.6**


**Correction: Exterior Component/Panel/Glass Adjustment - 0.4**


**Correction: Rear Door Adjustment - 1.0**


**Correction: Rear Door Adjustment - 0.6**


Pay Type: Basic Vehicle Limited Warranty

---

| 3 | | 0.00 |
|---|---|---|

**Concern:** Check tire pressure and condition

Set tire pressure to 45 psi.
Tread Depth Measure Type
32nds
Tread depth   Record the lowest measurement across all groves
Front Driver: 8.5
Front Passenger: 8.5
Back Driver: 8
Back Passenger: 8
Tire replacement recommended·
No
Tire rotation recommended
No


**Correction: Check Tire Tread Depth**


**Correction: Automated Tire Pressure Check**

**Correction: Automated Tire Pressure Check (Adjustment Needed)**

Pay Type: Goodwill - Service

---

**Concern:** Rear right falcon door adjustment to rear right quarter panel/glass/trim for proper fitment

Verified customer concern, removed power shocks, stripped interior panels, and performed multiple falcon door adjustments. Measured and verified within manufacture specification and tolerances. During repairs RH riser and fixed glass were damaged. Removed roof spline and body seal to replace riser, procced to replace roof glass, reinstalled spine and new body seal, Function tested and verified proper operation of vehicle.

**Correction: Exterior Component/Panel/Glass Adjustment - 0.6**

**Correction: Exterior Component/Panel/Glass Adjustment - 0.4**

**Correction: Rear Door Adjustment - 0.4**

**Correction: Applique - Spine - Center (Remove & Replace)**

**Parts Replaced or Added**

| Part | Quantity |
|------|----------|
| ASSY, MX CENTER SPINE APPLIQUE(1125009-00-B) | 1.00 |
| ASY CARRIER MX CENTER SPINE APPLIQUE, RIGHT HAND(1054830-00-G) | 1.00 |

**Correction: Seal - Body - Side - Rear - Primary - RH (Remove & Replace)**

**Parts Replaced or Added**

| Part | Quantity |
|------|----------|
| PRIMARY SEAL RIGHT HAND (PLASTIC RACETRACK) MX(1118638 00 F) | 1.00 |

**Correction: General Diagnosis**

**Correction: Exterior Component/Panel/Glass Adjustment - 0.2**

Pay Type: Basic Vehicle Limited Warranty

0.00

0.00

---

**5**

**Concern:** Rear right falcon door adjustment to rear right quarter panel/glass/trim for proper fitment

Verified customer concern, removed power shocks, stripped interior panels, and performed multiple

0.00

falcon door adjustments. Measured and verified within manufacture specification and tolerances. During repairs RH riser and fixed glass were damaged. Removed roof spline and body seal to replace riser, procced to replace roof glass, reinstalled spine and new body seal, Function tested and verified proper operation of vehicle.

**Correction: Door Glass Panel - Rear - Upper - RH (Remove & Replace)**

**Parts Replaced or Added**

| Part | Quantity |
|------|----------|
| REAR DOOR FIXED GLASS RIGHT HAND(1055274-00-G) | 1.00 |

Pay Type: Goodwill   Service

Service Center hourly rate: USD 240

All parts are new unless otherwise specified.

You agree that: Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle including on streets, highways, or public roadways for the sole purpose of testing and/or inspection of repairs; Tesla may update your vehicle's software in the course of a repair or as part of the standard vehicle maintenance process per your owner's manual and New Vehicle Limited Warranty; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs, storage and other applicable fees; the vehicle owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees of $35/day from the fourth working day after you are notified that repairs on your vehicle are complete and the vehicle is ready for pick up.

| | |
|---|---|
| Total Parts (USD) | 0.00 |
| Total Labor (USD) | 0.00 |
| Discount | 0.00 |
| Pre-Tax Amount (USD) | 0.00 |
| Tax | 0.00 |
| Total Amount (USD) | 0.00 |
| Total Paid (USD) | 0.00 |
| Payment Due (USD) | 0.00 |

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla issued New or Used Vehicle Limited Warranty, Tesla Parts, Body, and Paint Repair Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Any parts (including tires/wheels) removed or replaced by Tesla during vehicle service will become the property of Tesla. However, at the time you authorize repairs, you may request to receive (subject to any applicable core charge, which you agree to pay) or inspect replaced parts (excluding inflatable restraint system components), except body shop repair parts and parts required to be returned to the manufacturer or a third party under a warranty, trade in or exchange agreement, which will only be presented to you for examination and not returned.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done pursuant to the terms and conditions as set forth in this service agreement document.

# Signature:                                                      # Date:

Warning: Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

## FullName:

A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product

for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.

You further agree and acknowledge that:

- Tesla is not responsible for loss or damage to the vehicle or any articles left in the vehicle in case of fire, theft, hail, wind, or any other causes beyond its control;
- Tesla personnel will turn off any photo or video capturing devices, such as dashboard cameras, once they receive the vehicle in preparation for service and your vehicle's Tesla dash cam will be enabled when you pick up your Tesla from this Service visit;
- Labor charges are not based solely on actual service personnel's time but are aggregate prices for specific services or repairs, which may include flat rates based on industry manuals and vehicle condition;
- Waste storage and disposal fees are charged separately when applicable to specific services or repairs, and represent costs and profits to Tesla which are calculated based on average annualized costs across Tesla service facilities;
- Items purchased over the counter or online directly from Tesla may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied);
- Tesla branded parts purchased directly from Tesla over the counter, online or purchased and installed by Tesla Service are covered under the Tesla Parts, Body, and Paint Repair Limited Warranty for a period of 12 months subject to the applicable terms, conditions and exclusions and available at https://www.tesla.com/support/vehicle warranty;
- All charges for repairs, including labor, parts and materials furnished, are due and payable simultaneously with the return of your vehicle or prior to return upon the expiration of three (3) working days after notice has been sent by Tesla that the vehicle is ready;
- If applicable, you have the right to choose the licensed repair shop where the damage to your vehicle will be repaired;
- All crash parts supplied meet the standards used in manufacturing the original equipment replaced;
- If any repair, storage and other applicable fees remain unpaid for thirty (30) days after a request for payment, Tesla may pursue collection and you will be responsible for paying all reasonable attorney's fees and costs for such collection;
- If provided a loaner or rental vehicle, the vehicle must be returned within 24 hours of such notification or a daily usage rate of up to $100 USD and applicable fees will be charged until the return of such loaner vehicle;
- The repair work may not be completed prior to the date and time noted under Date/Time Promised and Tesla may adjust the estimated completion date upon notification to you and is not responsible for any delays caused by the unavailability of parts or parts shipments; and
- Tesla (and any of its subsidiaries) may contact you via emails, calls, SMS or other messages including through the Tesla app (collectively, "messages") to obtain authorization and provide updates regarding this Service visit and your vehicle. Standard SMS message and data rates may apply. You can withdraw your consent to receive automated SMS messages at any time by replying "STOP" or providing written notification to Tesla's customer representative.



**Tesla, Inc**
811 S San Fernando Blvd
Burbank,CA,US 91502
Ph.: 818-480-9217

**Invoice**

**SERVICE DEPARTMENT HOURS**
Mon-Fri 8:00 a.m. - 5:00 p.m
Saturday-Sunday Sat 8am – 5pm, Sun
Closed

B.A.R.# ARD00281719
E.P.A.ID# CAL000411693

| Invoice date | Invoice number |
|---|---|
| 12-Apr-2023 | 3000S0006760142 |
| **Due Date** | |
| 12 Apr 2023 | |
| **Date/Time Received** | **Date/Time Promised** |
| 11-Apr-2023 15:35:28 | 12-Apr-2023 10:45:38 |
| **Odometer In** | **Odometer Out** |
| 5712 Miles | 5713 Miles |
| **Ready Date** | |
| 11-Apr-2023 23:06:40 | |
| **Service Advisor** | |
| Shawn Martinez | |

**Paid**

| Bill To | Mobile Phone | Additional Phone | Vehicle Identification Number |
|---|---|---|---|
| Lilit Arakelyan | | | 7SAXCBE58PF367233 |

| | Year | Model | License Plate Number | Colour |
|---|---|---|---|---|
| | 2023 | MODEL X | 9DMP862 | Pearl White Multi Coat |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** Customer states: Something Else   Service technician Mario came on 3/31 to address our concerns regarding the right falcon door. He also confirmed that my car needed to be brought back for service because what was done to repair the falcon door is unacceptable. I don't like the glue and the aluminum foil, I don't think it's considered an appropriate permanent repair, and it's ugly. When I bring my car for repair however, I ask that you give me a model x loaner because I have 3 babies that need to be car seats currently.<br><br>Verified customer concern. Removed aluminum type seal and replaced with new sesals. Tested door function. falcon door working as intended. no further repair needed.<br><br>**Correction: General Diagnosis**<br><br>Pay Type: Goodwill   Service | 0.00 |
| 2 | **Concern:** Check tire pressure and condition<br><br>Inspected tire tread depth. Filled tires to manufactures recommendations.<br><br>Tread Depth Measure Type<br>mm<br>Tread depth   Record the lowest measurement across all groves<br>Front Driver: 6<br>Front Passenger: 6<br>Back Driver: 5<br>Back Passenger: 5<br>Tire replacement recommended<br>No<br>Tire rotation recommended<br>No<br><br>**Correction: Automated Tire Pressure Check** | 0.00 |

Correction: Check Tire Tread Depth

Correction: Automated Tire Pressure Check (Adjustment Needed)

Pay Type: Goodwill   Service

Service Center hourly rate: USD 245

All parts are new unless otherwise specified.

You agree that: Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle including on streets, highways, or public roadways for the sole purpose of testing and/or inspection of repairs; Tesla may update your vehicle's software in the course of a repair or as part of the standard vehicle maintenance process per your owner's manual and New Vehicle Limited Warranty; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs, storage and other applicable fees; the vehicle owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees of $35/day from the fourth working day after you are notified that repairs on your vehicle are complete and that the vehicle is ready for pick up.

| | |
|---|---|
| Total Parts (USD) | 0.00 |
| Total Labor (USD) | 0.00 |
| Discount | 0.00 |
| Pre-Tax Amount (USD) | 0.00 |
| Tax | 0.00 |
| Total Amount (USD) | 0.00 |
| Total Paid (USD) | 0.00 |
| Payment Due (USD) | 0.00 |

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla issued New or Used Vehicle Limited Warranty, Tesla Parts, Body, and Paint Repair Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Any parts (including tires/wheels) removed or replaced by Tesla during vehicle service will become the property of Tesla. However, at the time you authorize repairs, you may request to receive (subject to any applicable core charge, which you agree to pay) or inspect replaced parts (excluding inflatable restraint system components), except body shop repair parts and parts required to be returned to the manufacturer or a third party under a warranty, trade in or exchange agreement, which will only be presented to you for examination and not returned.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done pursuant to the terms and conditions as set forth in this service agreement document.

## Signature:                                                      Date:

Warning: Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

## FullName:

A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.

You further agree and acknowledge that:

- Tesla is not responsible for loss or damage to the vehicle or any articles left in the vehicle in case of fire, theft, hail, wind, or any other causes beyond its control;

- Tesla personnel will turn off any photo or video capturing devices, such as dashboard cameras, once they receive the vehicle in preparation for service and your vehicle's Tesla dash cam will be enabled when you pick up your Tesla from this Service visit;
- Labor charges are not based solely on actual service personnel's time but are aggregate prices for specific services or repairs, which may include flat rates based on industry manuals and vehicle condition;
- Waste storage and disposal fees are charged separately when applicable to specific services or repairs, and represent costs and profits to Tesla which are calculated based on average annualized costs across Tesla service facilities;
- Items purchased over the counter or online directly from Tesla may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied);
- Tesla branded parts purchased directly from Tesla over the counter, online or purchased and installed by Tesla Service are covered under the Tesla Parts, Body, and Paint Repair Limited Warranty for a period of 12 months subject to the applicable terms, conditions and exclusions and available at https://www.tesla.com/support/vehicle warranty;
- All charges for repairs, including labor, parts and materials furnished, are due and payable simultaneously with the return of your vehicle or prior to return upon the expiration of three (3) working days after notice has been sent by Tesla that the vehicle is ready;
- If applicable, you have the right to choose the licensed repair shop where the damage to your vehicle will be repaired;
- All crash parts supplied meet the standards used in manufacturing the original equipment replaced;
- If any repair, storage and other applicable fees remain unpaid for thirty (30) days after a request for payment, Tesla may pursue collection and you will be responsible for paying all reasonable attorney's fees and costs for such collection;
- If provided a loaner or rental vehicle, the vehicle must be returned within 24 hours of such notification or a daily usage rate of up to $100 USD and applicable fees will be charged until the return of such loaner vehicle;
- The repair work may not be completed prior to the date and time noted under Date/Time Promised and Tesla may adjust the estimated completion date upon notification to you and is not responsible for any delays caused by the unavailability of parts or parts shipments; and
- Tesla (and any of its subsidiaries) may contact you via emails, calls, SMS or other messages including through the Tesla app (collectively, "messages") to obtain authorization and provide updates regarding this Service visit and your vehicle. Standard SMS message and data rates may apply. You can withdraw your consent to receive automated SMS messages at any time by replying "STOP" or providing written notification to Tesla's customer representative.



**Tesla, Inc**
811 S San Fernando Blvd
Burbank,CA,US 91502
Ph.: 818-480-9217

# Invoice

**SERVICE DEPARTMENT HOURS**
Mon-Fri 8:00 a.m. - 6:00 p.m
Saturday-Sunday 9:00 a.m. - 5:00 p.m

B.A.R.# ARD00281719
E.P.A.ID# CAL000411693

| Invoice date | Invoice number |
|---|---|
| 17-Nov-2023 | 3000S0008603678 |
| **Due Date** | |
| 17 Nov 2023 | |
| **Date/Time Received** | **Date/Time Promised** |
| 17-Nov-2023 11:16:58 | 17-Nov-2023 11:30:00 |
| **Odometer In** | **Odometer Out** |
| Miles | 12320 Miles |
| **Ready Date** | |
| 17-Nov-2023 11:17:02 | |
| **Service Advisor** | |
| David Gutierrez | |

## Paid

| Bill To | | | |
|---|---|---|---|
| Lilit Arakelyan | | | Vehicle Identification Number |
| | Mobile Phone   Additional Phone | | 7SAXCBE58PF367233 |

| Year | Model | License Plate Number | Colour |
|---|---|---|---|
| 2023 | MODEL X | 9DMP862 | Pearl White Multi Coat |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** Customer states: Door Handles & Latches   Trunk does not open<br><br>**Repair Notes:** Verified customer concern. Lift gate does not open with exterior button. Verified lock setting "driver door unlock mode" is turned off. Verified lift gate works through on screen controls and closes with visible button. Removed lift gate trim and verified exterior release button is plugged in. Disconnected plug to button and used wire to pass power through plug. Vehicle reacted and opened lift gate. Recommend replacement of exterior release button.<br><br>**Correction: General Diagnosis**<br>Technician: David G<br><br>Pay Type: Basic Vehicle Limited Warranty | 0.00 |

| Concern: Customer states: Door Handles & Latches   Trunk does not open |
|---|

**Repair Notes:** Verified customer concern. Lift gate does not open with exterior button. Verified lock setting "driver door unlock mode" is turned off. Verified lift gate works through on screen controls and closes with visible button. Removed lift gate trim and verified exterior release button is plugged in. Disconnected plug to button and used wire to pass power through plug. Vehicle reacted and opened lift gate. Recommend replacement of exterior release button.

| | **Correction: NO LABOR PERFORMED** | Labor Hours | Price | Adjustment | Subtotal |
|---|---|---|---|---|---|
| 2 | Technician: David G | | | | |
| | | 0.00 | 0.00 | 0.00 | 0.00 |

Pay Type: Customer Pay

| | | |
|---|---|---|
| Total Parts Amount | 0.00 | |
| Total Labor Amount | 0.00 | |
| Labor Hours | 0.00 | **0.00** |

1 of 3

**Concern:** Customer states: Exterior Trim   Window and door trim falling apart   seals on front driver door and the rear falcon door   see photos

**Repair Notes:** Adjusted seals on all 4 doors.

3    **Correction: Adjustment: Seal**
Technician: David G

Pay Type: Basic Vehicle Limited Warranty      **0.00**

---

**Concern:** Ca mandate

**Repair Notes:** Tire Pressures set to Factory Recommendations.

4    **Correction: Check and Adjust Tire Pressure**
Technician: David G

Pay Type: Goodwill   Service      **0.00**

---

Service Center hourly rate: USD 245

All parts are new unless otherwise specified.

**Accepted Payment Methods:Major Credit Cards (Visa, Mastercard, AMEX, etc.), Debit Card, Cashier's Check**

You agree that:You are entitled to a price estimate for the repairs you have authorized. The repair price may be less than the estimate but shall not exceed (1) any price limited estimate or (2) any parts and labor estimate by more than 10%. Additional repairs may not be performed without your consent. This estimated price for authorized repairs will be honored if your vehicle is delivered to Tesla's facility within the time periodagreed to by you and Tesla. You may waive your right to a written estimate and require that you be notified if the price exceeds an amount you have specified. Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle including on streets, highways, or public roadways for the sole purpose of testing and/or inspection of repairs; Tesla may update your vehicle's software in the course of a repair or as part of the standard vehicle maintenance process per your owner's manual and New Vehicle Limited Warranty; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs, storage and other applicable fees; the vehicle owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees of $35/day from the fourth working day after you are notified that repairs on your vehicle are complete and that the vehicle is ready for pick up.

| | |
|---|---|
| Total Parts (USD) | 0.00 |
| Total Labor (USD) | 0.00 |
| Discount | 0.00 |
| **Subtotal (USD)** | 0.00 |
| Tax | 0.00 |
| **Total Amount (USD)** | 0.00 |
| **Amount Due From Customer (USD)** | 0.00 |
| **Paid by Customer (USD)** | 0.00 |

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla-issued New or Used Vehicle Limited Warranty, Tesla Parts, Body, and Paint Repair Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Any parts (including tires/wheels) removed or replaced by Tesla during vehicle service will become the property of Tesla. However, at the time you authorize repairs, you may request to receive (subject to any applicable core charge, which you agree to pay) or inspect replaced parts (excluding inflatable restraint system components), except body shop repair parts and parts required to be returned to the manufacturer or a third party under a warranty, trade-in or exchange agreement, which will only be presented to you for examination and not returned.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done pursuant to the terms and conditions as set forth in this service agreement document.

**Signature:** _____     **Date:** _____

> Warning:Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

**FullName:**

> A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.

You further agree and acknowledge that:

- You have the right to inspect your vehicle on Tesla premises prior to payment
- Tesla is not responsible for loss or damage to the vehicle or any articles left in the vehicle in case of fire, theft, hail, wind, or any other causes beyond its control;
- Tesla personnel will turn off any photo or video capturing devices, such as dashboard cameras, once they receive the vehicle in preparation for service and your vehicle's Tesla dash cam will be enabled when you pick up your Tesla from this Service visit;
- Labor charges are not based solely on actual service personnel's time but are aggregate prices for specific services or repairs, which may include flat rates based on industry manuals and vehicle condition;
- Waste storage and disposal fees are charged separately when applicable to specific services or repairs, and represent costs and profits to Tesla which are calculated based on average annualized costs across Tesla service facilities;
- Items purchased over the counter or online directly from Tesla may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied);
- Tesla-branded parts purchased directly from Tesla over-the-counter, online or purchased and installed by Tesla Service are covered under the Tesla Parts, Body, and Paint Repair Limited Warranty for a period of 12 months subject to the applicable terms, conditions and exclusions and available at https://www.tesla.com/support/vehicle-warranty;
- All charges for repairs, including labor, parts and materials furnished, are due and payable simultaneously with the return of your vehicle or prior to return upon the expiration of three (3) working days after notice has been sent by Tesla that the vehicle is ready;
- If applicable, you have the right to choose the licensed repair shop where the damage to your vehicle will be repaired;
- All crash parts supplied meet the standards used in manufacturing the original equipment replaced;
- If any repair, storage and other applicable fees remain unpaid for thirty (30) days after a request for payment, Tesla may pursue collection and you will be responsible for paying all reasonable attorney's fees and costs for such collection;
- If provided a loaner or rental vehicle, the vehicle must be returned within 24 hours of such notification or a daily usage rate of up to $100 USD and applicable fees will be charged until the return of such loaner vehicle;
- The repair work may not be completed prior to the date and time noted under Date/Time Promised and Tesla may adjust the estimated completion date upon notification to you and is not responsible for any delays caused by the unavailability of parts or parts shipments; and
- Tesla (and any of its subsidiaries) may contact you via emails, calls, SMS or other messages including through the Tesla app (collectively, "messages") to obtain authorization and provide updates regarding this Service visit and your vehicle. Standard SMS message and data rates may apply. You can withdraw your consent to receive automated SMS messages at any time by replying "STOP"or providing written notification to Tesla's customer representative.



**Tesla, Inc**
6919 Hayvenhurst Ave
Los Angeles,CA,US 91406
Ph.: 818-779-1125

# Invoice

**SERVICE DEPARTMENT HOURS**
Mon-Fri By Appointment Only
Saturday-Sunday By Appointment
Only

B.A.R.# ARD00273135
E.P.A.ID# CAL000395471

## Paid

| Invoice date | Invoice number |
|---|---|
| 27-Nov-2023 | 3000S0008662419 |
| **Due Date** | |
| 27 Nov 2023 | |
| **Date/Time Received** | **Date/Time Promised** |
| 27-Nov-2023 09:48:39 | 27-Nov-2023 10:00:00 |
| **Odometer In** | **Odometer Out** |
| Miles | 12594 Miles |
| **Ready Date** | |
| 27-Nov-2023 09:49:55 | |
| **Service Advisor** | |
| Gino Teresi | |

| Bill To | | | |
|---|---|---|---|
| Taron Hakobyan | | | |

| Mobile Phone | Additional Phone | | Vehicle Identification Number |
|---|---|---|---|
| | | | 7SAXCBE58PF367233 |
| **Year** | **Model** | **License Plate Number** | **Colour** |
| 2023 | MODEL X | 9DMP862 | Pearl White Multi Coat |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** Check tire pressure and condition<br><br>**Repair Notes:** Inspected tire tread.<br><br>**Correction: Automated Tire Pressure Check**<br><br>Pay Type: Goodwill   Service | 0.00 |
| 2 | **Concern:** trunk lift gate exterior button required<br><br>**Repair Notes:** Upon inspection confirmed customer complaint of trunk handle not opening the trunk. Found the trunk button itself to be bad. Replaced it and now the trunk opens as expected.<br><br>**Correction: Exterior Release Switch - Liftgate (Remove & Replace) - Remove and Replace**<br><br>**Parts Replaced or Added** | |

| Part | Quantity |
|---|---|
| HANDLE, LIFTGATE(1683736-00-B) | 1.00 |

Pay Type: Basic Vehicle Limited Warranty                    0.00

Service Center hourly rate: USD 255
Notes: To assess your vehicle's Tire Wear and Condition, please see the Tire Care and Maintenance section from the digital Owner's Manual in your car.

All parts are new unless otherwise specified.

| Total Parts (USD) | 0.00 |
|---|---|
| Total Labor (USD) | 0.00 |

1 of 3

**Accepted Payment Methods:**Major Credit Cards (Visa, Mastercard, AMEX, etc.), Debit Card, Cashier's Check

**You agree that:**You are entitled to a price estimate for the repairs you have authorized. The repair price may be less than the estimate but shall not exceed (1) any price limited estimate or (2) any parts and labor estimate by more than 10%. Additional repairs may not be performed without your consent. This estimated price for authorized repairs will be honored if your vehicle is delivered to Tesla's facility within the time periodagreed to by you and Tesla. You may waive your right to a written estimate and require that you be notified if the price exceeds an amount you have specified. Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle including on streets, highways, or public roadways for the sole purpose of testing and/or inspection of repairs; Tesla may update your vehicle's software in the course of a repair or as part of the standard vehicle maintenance process per your owner's manual and New Vehicle Limited Warranty; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs, storage and other applicable fees; the vehicle owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees of $35/day from the fourth working day after you are notified that repairs on your vehicle are complete and that the vehicle is ready for pick up.

| | |
|---|---|
| Discount | 0.00 |
| **Subtotal (USD)** | 0.00 |
| Tax | 0.00 |
| **Total Amount (USD)** | 0.00 |
| **Amount Due From Customer (USD)** | 0.00 |
| **Paid by Customer (USD)** | 0.00 |

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla issued New or Used Vehicle Limited Warranty, Tesla Parts, Body, and Paint Repair Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Any parts (including tires/wheels) removed or replaced by Tesla during vehicle service will become the property of Tesla. However, at the time you authorize repairs, you may request to receive (subject to any applicable core charge, which you agree to pay) or inspect replaced parts (excluding inflatable restraint system components), except body shop repair parts and parts required to be returned to the manufacturer or a third party under a warranty, trade in or exchange agreement, which will only be presented to you for examination and not returned.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done pursuant to the terms and conditions as set forth in this service agreement document.

## Signature:            Date:

> **Warning:**Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

## FullName:

> A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.

You further agree and acknowledge that:

- You have the right to inspect your vehicle on Tesla premises prior to payment
- Tesla is not responsible for loss or damage to the vehicle or any articles left in the vehicle in case of fire, theft, hail, wind, or any other causes beyond its control;
- Tesla personnel will turn off any photo or video capturing devices, such as dashboard cameras, once they receive the vehicle in preparation for service and your vehicle's Tesla dash cam will be enabled when you pick up your Tesla from this Service visit;
- Labor charges are not based solely on actual service personnel's time but are aggregate prices for specific services or repairs, which may include flat rates based on industry manuals and vehicle condition;
- Waste storage and disposal fees are charged separately when applicable to specific services or repairs, and represent costs and profits to Tesla which are calculated based on average annualized costs across Tesla service facilities;

- Items purchased over the counter or online directly from Tesla may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied);
- Tesla branded parts purchased directly from Tesla over the counter, online or purchased and installed by Tesla Service are covered under the Tesla Parts, Body, and Paint Repair Limited Warranty for a period of 12 months subject to the applicable terms, conditions and exclusions and available at https://www.tesla.com/support/vehicle warranty;
- All charges for repairs, including labor, parts and materials furnished, are due and payable simultaneously with the return of your vehicle or prior to return upon the expiration of three (3) working days after notice has been sent by Tesla that the vehicle is ready;
- If applicable, you have the right to choose the licensed repair shop where the damage to your vehicle will be repaired;
- All crash parts supplied meet the standards used in manufacturing the original equipment replaced;
- If any repair, storage and other applicable fees remain unpaid for thirty (30) days after a request for payment, Tesla may pursue collection and you will be responsible for paying all reasonable attorney's fees and costs for such collection;
- If provided a loaner or rental vehicle, the vehicle must be returned within 24 hours of such notification or a daily usage rate of up to $100 USD and applicable fees will be charged until the return of such loaner vehicle;
- The repair work may not be completed prior to the date and time noted under Date/Time Promised and Tesla may adjust the estimated completion date upon notification to you and is not responsible for any delays caused by the unavailability of parts or parts shipments; and
- Tesla (and any of its subsidiaries) may contact you via emails, calls, SMS or other messages including through the Tesla app (collectively, "messages") to obtain authorization and provide updates regarding this Service visit and your vehicle. Standard SMS message and data rates may apply. You can withdraw your consent to receive automated SMS messages at any time by replying "STOP" or providing written notification to Tesla's customer representative.



**Tesla, Inc**
811 S San Fernando Blvd
Burbank,CA,US 91502
Ph.: 818-480-9217

**Invoice**

**SERVICE DEPARTMENT HOURS**
Mon-Fri 8:00 a.m. - 6:00 p.m
Saturday-Sunday 9:00 a.m. - 5:00 p.m

B.A.R.# ARD00281719
E.P.A.ID# CAL000411693

**Paid**

| Invoice date | Invoice number |
|---|---|
| 18-Dec-2023 | 3000S0008838151 |
| **Due Date** | |
| 18 Dec 2023 | |
| **Date/Time Received** | **Date/Time Promised** |
| 18-Dec-2023 13:46:41 | 18-Dec-2023 14:01:32 |
| **Odometer In** | **Odometer Out** |
| Miles | Miles |
| **Ready Date** | |
| 18-Dec-2023 13:46:52 | |
| **Service Advisor** | |
| Manuel Ledezma | |

| Bill To | | | |
|---|---|---|---|
| Lilit Arakelyan | | | |

| Mobile Phone | Additional Phone | | Vehicle Identification Number |
|---|---|---|---|
| | | | 7SAXCBE58PF367233 |
| **Year** | **Model** | **License Plate Number** | **Colour** |
| 2023 | MODEL X | 9DMP862 | Pearl White Multi Coat |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** Customer states: Charging   Charging port randomly opens by itself, I'm parked on the street, not at home. It's been offering 2 days in a row now<br><br>**Repair Notes:** Replaced Charge Port Door. Function tested afterwards and verified proper operation.<br><br>**Correction: Door Assembly - Charge Port (NA) (Remove & Replace) - Remove and Replace**<br><br>**Parts Replaced or Added**<br><br>Part      Quantity<br>CHARGE PORT DOOR    1.00<br>- NORTH AMERICA<br>CHARGING STANDARD<br>(NACS)(1553610-00-D)<br><br>Pay Type: Basic Vehicle Limited Warranty | 0.00 |
| 2 | **Concern:** Check tire pressure and condition<br><br>**Repair Notes:** Tire Pressures set to Factory Recommendations.<br>Tread Depth Measure Type<br>32nds<br>Tread depth   Record the lowest measurement across all groves<br>Front Driver: 6<br>Front Passenger: 6<br>Back Driver: 7<br>Back Passenger: 7<br>Tire replacement recommended<br>No<br>Tire rotation recommended<br>No<br><br>**Correction: Check and Adjust Tire Pressure** | 0.00 |

1 of 3

**Correction: Check Tire Tread Depth**

Pay Type: Goodwill   Service .

Service Center hourly rate: USD 255
Notes: To assess your vehicle's Tire Wear and Condition, please see the Tire Care and Maintenance section from the digital Owner's Manual in your car.

All parts are new unless otherwise specified.

**Accepted Payment Methods:Major Credit Cards (Visa, Mastercard, AMEX, etc.), Debit Card, Cashier's Check**

You agree that:You are entitled to a price estimate for the repairs you have authorized. The repair price may be less than the estimate but shall not exceed (1) any price limited estimate or (2) any parts and labor estimate by more than 10%. Additional repairs may not be performed without your consent. This estimated price for authorized repairs will be honored if your vehicle is delivered to Tesla's facility within the time periodagreed to by you and Tesla. You may waive your right to a written estimate and require that you be notified if the price exceeds an amount you have specified. Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle including on streets, highways, or public roadways for the sole purpose of testing and/or inspection of repairs; Tesla may update your vehicle's software in the course of a repair or as part of the standard vehicle maintenance process per your owner's manual and New Vehicle Limited Warranty; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs, storage and other applicable fees; the vehicle owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees of $35/day from the fourth working day after you are notified that repairs on your vehicle are complete and that the vehicle is ready for pick up.

| | |
|---|---|
| Total Parts (USD) | 0.00 |
| Total Labor (USD) | 0.00 |
| Discount | 0.00 |
| **Subtotal (USD)** | 0.00 |
| Tax | 0.00 |
| **Total Amount (USD)** | 0.00 |
| **Amount Due From Customer (USD)** | 0.00 |
| **Paid by Customer (USD)** | 0.00 |

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla-issued New or Used Vehicle Limited Warranty, Tesla Parts, Body, and Paint Repair Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Any parts (including tires/wheels) removed or replaced by Tesla during vehicle service will become the property of Tesla. However, at the time you authorize repairs, you may request to receive (subject to any applicable core charge, which you agree to pay) or inspect replaced parts (excluding inflatable restraint system components), except body shop repair parts and parts required to be returned to the manufacturer or a third party under a warranty, trade-in or exchange agreement, which will only be presented to you for examination and not returned.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done pursuant to the terms and conditions as set forth in this service agreement document.

## Signature:                                                    Date:

Warning:Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.

## FullName:

A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product

for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws.

You further agree and acknowledge that:

- You have the right to inspect your vehicle on Tesla premises prior to payment
- Tesla is not responsible for loss or damage to the vehicle or any articles left in the vehicle in case of fire, theft, hail, wind, or any other causes beyond its control;
- Tesla personnel will turn off any photo or video capturing devices, such as dashboard cameras, once they receive the vehicle in preparation for service and your vehicle's Tesla dash cam will be enabled when you pick up your Tesla from this Service visit;
- Labor charges are not based solely on actual service personnel's time but are aggregate prices for specific services or repairs, which may include flat rates based on industry manuals and vehicle condition;
- Waste storage and disposal fees are charged separately when applicable to specific services or repairs, and represent costs and profits to Tesla which are calculated based on average annualized costs across Tesla service facilities;
- Items purchased over the counter or online directly from Tesla may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied);
- Tesla branded parts purchased directly from Tesla over the counter, online or purchased and installed by Tesla Service are covered under the Tesla Parts, Body, and Paint Repair Limited Warranty for a period of 12 months subject to the applicable terms, conditions and exclusions and available at https://www.tesla.com/support/vehicle warranty;
- All charges for repairs, including labor, parts and materials furnished, are due and payable simultaneously with the return of your vehicle or prior to return upon the expiration of three (3) working days after notice has been sent by Tesla that the vehicle is ready;
- If applicable, you have the right to choose the licensed repair shop where the damage to your vehicle will be repaired;
- All crash parts supplied meet the standards used in manufacturing the original equipment replaced;
- If any repair, storage and other applicable fees remain unpaid for thirty (30) days after a request for payment, Tesla may pursue collection and you will be responsible for paying all reasonable attorney's fees and costs for such collection;
- If provided a loaner or rental vehicle, the vehicle must be returned within 24 hours of such notification or a daily usage rate of up to $100 USD and applicable fees will be charged until the return of such loaner vehicle;
- The repair work may not be completed prior to the date and time noted under Date/Time Promised and Tesla may adjust the estimated completion date upon notification to you and is not responsible for any delays caused by the unavailability of parts or parts shipments; and
- Tesla (and any of its subsidiaries) may contact you via emails, calls, SMS or other messages including through the Tesla app (collectively, "messages") to obtain authorization and provide updates regarding this Service visit and your vehicle. Standard SMS message and data rates may apply. You can withdraw your consent to receive automated SMS messages at any time by replying "STOP"or providing written notification to Tesla's customer representative.



**Tesla, Inc**
811 South San Fernando Boulevard
Burbank,CA,US 91502
Ph.: 818-480-9217

# Invoice

**SERVICE DEPARTMENT HOURS**
**Mon-Fri 8:00 a.m. - 5:00 p.m**
**Saturday-Sunday Sat 8am – 5pm, Sun Closed**

B.A.R.# ARD00281719
E.P.A.ID# CAL000411693

## Paid

| Invoice date | Invoice number |
|---|---|
| 07-Jan-2024 | 3000S0008985705 |
| **Due Date** | |
| 07 Jan 2024 | |
| **Date/Time Received** | **Date/Time Promised** |
| 02-Jan-2024 12:04:39 | 08-Jan-2024 16:00:03 |
| **Odometer In** | **Odometer Out** |
| Miles | Miles |
| **Ready Date** | |
| 07-Jan-2024 09:22:50 | |
| **Service Advisor** | |
| Austin Reeves | |

| Bill To | | | |
|---|---|---|---|
| Taron Hakobyan | | | |

| Mobile Phone | Additional Phone | | Vehicle Identification Number |
|---|---|---|---|
| | | | 7SAXCBE58PF367233 |
| **Year** | **Model** | **License Plate Number** | **Colour** |
| 2023 | MODEL X | 9DMP862 | Pearl White Multi Coat |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** Check tire pressure and condition<br><br>**Repair Notes:** Front tire set at 6mm, rear tire set at 5mm.<br><br>**Correction: Automated Tire Pressure Check**<br><br>Pay Type: Goodwill   Service | 0.00 |
| 2 | **Concern:** Left side falcon door not opening. Timestamp 12.30.23 @9:06pm.<br><br>**Repair Notes:** Inspected time stamps and logged data. Found customer concern, inspected ultrasonic sensor on door, found overspray from factory on USS face. Will need to go to body shop to fix E coat issue on left falcon door. Inspected vehicle after returning from body shop, verified E coat layer properly applied. Installed new USS and carrier bracket. Reinstalled close out panel and connectors. Calibrated door and ran obstacle tests, tests passed with no issues. Reinstalled door panel, verified proper operation of window and falcon door. Performed test drive, no abnormal NVH noises after falcon door service.<br><br>**Correction: General Diagnosis**<br><br>**Correction: Closeout Panel - Door - Rear - LH (Remove & Install) - Remove and Install**<br><br>**Correction: Panel - Door Trim - Rear - LH (Remove & Replace) - Remove and Replace**<br><br>**Correction: Adjustment: Interior Trim**<br><br>**Correction: Paint - Sublet** | 0.00 |

**Correction: Sensor - Ultrasonic - Rear Door - LH (Remove & Replace) - Remove and Replace**

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| ULTRASONIC SENSOR RADIAL COUPLING TAPE(1055890 00 H) | 1.00 |

**Correction: Carrier - Sensor - Ultrasonic - Rear Door - LH (Remove & Replace) - Remove and Replace**

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| ASY, SENSOR CARRIER W/ADHESIVES, LEFT(1075447-00-C) | 1.00 |
| BUTYL, ULTRASONIC ONSKIN HOLDER LEFT HANDS(1069530-00-C) | 1.00 |

**Correction: Perform Post-Repair Validation Test Drive**

Pay Type: Basic Vehicle Limited Warranty

Service Center hourly rate: USD 255
Notes: To assess your vehicle's Tire Wear and Condition, please see the Tire Care and Maintenance section from the digital Owner's Manual in your car.

All parts are new unless otherwise specified.

**Accepted Payment Methods:Major Credit Cards (Visa, Mastercard, AMEX, etc.), Debit Card, Cashier's Check**

You agree that:You are entitled to a price estimate for the repairs you have authorized. The repair price may be less than the estimate but shall not exceed (1) any price limited estimate or (2) any parts and labor estimate by more than 10%. Additional repairs may not be performed without your consent. This estimated price for authorized repairs will be honored if your vehicle is delivered to Tesla's facility within the time periodagreed to by you and Tesla. You may waive your right to a written estimate and require that you be notified if the price exceeds an amount you have specified. Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle including on streets, highways, or public roadways for the sole purpose of testing and/or inspection of repairs; Tesla may update your vehicle's software in the course of a repair or as part of the standard vehicle maintenance process per your owner's manual and New Vehicle Limited Warranty; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs, storage and other applicable fees; the vehicle owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees of $35/day from the fourth working day after you are notified that repairs on your vehicle are complete and that the vehicle is ready for pick up.

| | |
|---|---|
| Total Parts (USD) | 0.00 |
| Total Labor (USD) | 0.00 |
| Discount | 0.00 |
| **Subtotal (USD)** | 0.00 |
| Tax | 0.00 |
| **Total Amount (USD)** | 0.00 |
| **Amount Due From Customer (USD)** | 0.00 |
| **Paid by Customer (USD)** | 0.00 |

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla issued New or Used Vehicle Limited Warranty, Tesla Parts, Body, and Paint Repair Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Any parts (including tires/wheels)

removed or replaced by Tesla during vehicle service will become the property of Tesla. However, at the time you authorize repairs, you may request to receive (subject to any applicable core charge, which you agree to pay) or inspect replaced parts (excluding inflatable restraint system components), except body shop repair parts and parts required to be returned to the manufacturer or a third party under a warranty, trade in or exchange agreement, which will only be presented to you for examination and not returned.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done pursuant to the terms and conditions as set forth in this service agreement document.

## Signature: _____     Date: _____

| Warning:Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. |
| --- |

## FullName:

| A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws. |
| --- |

You further agree and acknowledge that:

- You have the right to inspect your vehicle on Tesla premises prior to payment
- Tesla is not responsible for loss or damage to the vehicle or any articles left in the vehicle in case of fire, theft, hail, wind, or any other causes beyond its control;
- Tesla personnel will turn off any photo or video capturing devices, such as dashboard cameras, once they receive the vehicle in preparation for service and your vehicle's Tesla dash cam will be enabled when you pick up your Tesla from this Service visit;
- Labor charges are not based solely on actual service personnel's time but are aggregate prices for specific services or repairs, which may include flat rates based on industry manuals and vehicle condition;
- Waste storage and disposal fees are charged separately when applicable to specific services or repairs, and represent costs and profits to Tesla which are calculated based on average annualized costs across Tesla service facilities;
- Items purchased over the counter or online directly from Tesla may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied);
- Tesla-branded parts purchased directly from Tesla over-the-counter, online or purchased and installed by Tesla Service are covered under the Tesla Parts, Body, and Paint Repair Limited Warranty for a period of 12 months subject to the applicable terms, conditions and exclusions and available at https://www.tesla.com/support/vehicle-warranty;
- All charges for repairs, including labor, parts and materials furnished, are due and payable simultaneously with the return of your vehicle or prior to return upon the expiration of three (3) working days after notice has been sent by Tesla that the vehicle is ready;
- If applicable, you have the right to choose the licensed repair shop where the damage to your vehicle will be repaired;
- All crash parts supplied meet the standards used in manufacturing the original equipment replaced;
- If any repair, storage and other applicable fees remain unpaid for thirty (30) days after a request for payment, Tesla may pursue collection and you will be responsible for paying all reasonable attorney's fees and costs for such collection;
- If provided a loaner or rental vehicle, the vehicle must be returned within 24 hours of such notification or a daily usage rate of up to $100 USD and applicable fees will be charged until the return of such loaner vehicle;
- The repair work may not be completed prior to the date and time noted under Date/Time Promised and Tesla may adjust the estimated completion date upon notification to you and is not responsible for any delays caused by the unavailability of parts or parts shipments; and
- Tesla (and any of its subsidiaries) may contact you via emails, calls, SMS or other messages including through the Tesla app (collectively, "messages") to obtain authorization and provide updates regarding this Service visit and your vehicle. Standard SMS message and data rates may apply. You can withdraw your consent to receive automated SMS messages at any time by replying "STOP"or providing written notification to Tesla's customer representative.



**Tesla, Inc**
811 South San Fernando Boulevard
Burbank,CA,US 91502-1534
Ph.: 818-480-9217

# Invoice

**SERVICE DEPARTMENT HOURS**
Mon-Fri 8:00 a.m. - 5:00 p.m
Saturday-Sunday Sat 8am – 5pm, Sun Closed

B.A.R.# ARD00281719
E.P.A.ID# CAL000411693

## Paid

| Invoice date | Invoice number |
|---|---|
| 01-Apr-2024 | 3000S0009712813 |
| **Due Date** | |
| 01 Apr 2024 | |
| **Date/Time Received** | **Date/Time Promised** |
| 29-Mar-2024 12:34:30 | 01-Apr-2024 16:00:24 |
| **Odometer In** | **Odometer Out** |
| 15297 Miles | Miles |
| **Ready Date** | |
| 01-Apr-2024 10:35:14 | |
| **Service Advisor** | |
| Nathan Brown | |

| Bill To | Mobile Phone | Additional Phone | | Vehicle Identification Number | |
|---|---|---|---|---|---|
| Lilit Arakelyan | | | | 7SAXCBE58PF367233 | |
| | **Year** | **Model** | **License Plate Number** | **Colour** | |
| | 2023 | MODEL X | 9DMP862 | Pearl White Multi Coat | |

| Job Number | Description Of Work | Amount (USD) |
|---|---|---|
| 1 | **Concern:** Customer states: Window Function   Left driver window doesn't always close, goes up and down a few times until it finally closes<br><br>**Repair Notes:** Verified customer concern, removed and replaced driver window regulator, Made various adjustment on driver door window, calibrate windows and verified operations<br><br>**Correction: General Diagnosis**<br><br>**Correction: Window Motor/Regulator Assembly - Front - LH (Remove & Replace) - Remove and Replace**<br><br>**Parts Replaced or Added**<br><br>**Part**        **Quantity**<br>MX P2, WINDOW<br>REGULATOR, FR LEFT     1.00<br>HAND(1614126 00 E)<br><br>Pay Type: Basic Vehicle Limited Warranty | 0.00 |
| 2 | **Concern:** Customer states: Other · Interior - Steering while leather coming off.<br><br>**Repair Notes:** Verified concern, removed and replaced steering yoke with a mechanical horn steering yoke. Config new yoke and verified operations.<br><br>**Correction: Replace Air Bag And Steering Yoke Due To Peeling Issues - Remove and Replace**<br><br>**Parts Replaced or Added**<br><br>**Part**        **Quantity** | 0.00 |

1 of 4

| | | |
|---|---|---|
| YOKE DRIVER AIRBAG ASSEMBLY(1965182 00 A) | 1.00 | |
| YOKE STEERING WHEEL ASSEMBLY PUR   MECHANICAL HORN(1965131 00 B) | 1.00 | |
| BOLT RC M16X1.5X26 PC88 PTP.(1036655 00 A) | 1.00 | |
| | Pay Type: Basic Vehicle Limited Warranty | |

---

**3**

**Concern:** Check tire pressure and condition

**Repair Notes:** Automated Tire Pressure Check (No Adjustment Needed).

**Correction: Automated Tire Pressure Check (No Adjustment Needed)**

Pay Type: Goodwill - Service

0.00

---

**4**

**Concern:** Update Vehicle Software To Enlarge Visual Warning Indicators

**Repair Notes:** Vehicle firmware is up to date, no further action is needed at this time of service.

**Correction: Inspect Vehicle Software Version; No Update Necessary**

Pay Type: Basic Vehicle Limited Warranty

0.00

---

**5**

**Concern:** Replace Steering Yoke Due To Peeling Issue

**Repair Notes:** Replaced steering yoke and air bag with a mechanical horn type yoke and verified operations

**Correction: Replace Air Bag And Steering Yoke Due To Peeling Issues - Remove and Replace**

Pay Type: Basic Vehicle Limited Warranty

0.00

---

**6**

0.00

**Concern:** Dashboard leather trim hanging on the LH side, just above the steering wheel

**Repair Notes:** Made adjustment on the leather trim, by the Instrument cluster.

**Correction: Adjustment: Interior Trim**

**Parts Replaced or Added**

| Part | Quantity |
|---|---|
| PUSH ON CLIP RETENTIONER(1067382 00 A) | 1.00 |

Pay Type: Goodwill   Service

Service Center hourly rate: USD 255
Notes: To assess your vehicle's Tire Wear and Condition, please see the Tire Care and Maintenance section from the digital Owner's Manual in your car.

All parts are new unless otherwise specified.

**Accepted Payment Methods:Major Credit Cards (Visa, Mastercard, AMEX, etc.), Debit Card, Cashier's Check**

You agree that:You are entitled to a price estimate for the repairs you have authorized. The repair price may be less than the estimate but shall not exceed (1) any price limited estimate or (2) any parts and labor estimate by more than 10%. Additional repairs may not be performed without your consent. This estimated price for authorized repairs will be honored if your vehicle is delivered to Tesla's facility within the time periodagreed to by you and Tesla. You may waive your right to a written estimate and require that you be notified if the price exceeds an amount you have specified. Tesla is not responsible for any personal items left in your vehicle; Tesla and its employees may access and operate your vehicle including on streets, highways, or public roadways for the sole purpose of testing and/or inspection of repairs; Tesla may update your vehicle's software in the course of a repair or as part of the standard vehicle maintenance process per your owner's manual and New Vehicle Limited Warranty; Tesla and its employees may access, download and use the information stored on your vehicle's data recorder to service and diagnose issues with your vehicle, and Tesla may store and aggregate such data for its own purposes; an express mechanic's lien is hereby acknowledged on your vehicle to secure the amount of repairs, storage and other applicable fees; the vehicle owner's insurance provides exclusive coverage for the vehicle while it is in Tesla's possession; and you may be charged storage fees of $35/day from the fourth working day after you are notified that repairs on your vehicle are complete and that the vehicle is ready for pick up.

| | |
|---|---|
| Total Parts (USD) | 0.00 |
| Total Labor (USD) | 0.00 |
| Discount | 0.00 |
| **Subtotal (USD)** | 0.00 |
| Tax | 0.00 |
| **Total Amount (USD)** | 0.00 |
| **Amount Due From Customer (USD)** | 0.00 |
| **Paid by Customer (USD)** | 0.00 |

Tesla disclaims all express or implied warranties with respect to any repairs or products used in repairs, except as may be set forth in your Tesla issued New or Used Vehicle Limited Warranty, Tesla Parts, Body, and Paint Repair Limited Warranty or other extended service agreement. Tesla is not responsible for repairs not performed by, or components not installed by, Tesla. Any parts (including tires/wheels) removed or replaced by Tesla during vehicle service will become the property of Tesla. However, at the time you authorize repairs, you may request to receive (subject to any applicable core charge, which you agree to pay) or inspect replaced parts (excluding inflatable restraint system components), except body shop repair parts and parts required to be returned to the manufacturer or a third party under a warranty, trade in or exchange agreement, which will only be presented to you for examination and not returned.

I authorize the repair work, including parts, materials and labor, on my vehicle to be done pursuant to the terms and conditions as set forth in this service agreement document.

## Signature: _____        ## Date: _____

| Warning:Motor vehicles contain chemicals known to the State of California to cause cancer and birth defects or other reproductive harm. |
|---|

## FullName:

| A buyer of this product in California has the right to have this product serviced or repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists within the warranty period, the warranty will not expire until the defect has been fixed. The warranty period will also be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. This time extension does not affect the protections or remedies the buyer has under other laws. |
|---|

You further agree and acknowledge that:

- You have the right to inspect your vehicle on Tesla premises prior to payment
- Tesla is not responsible for loss or damage to the vehicle or any articles left in the vehicle in case of fire, theft, hail, wind, or any other causes beyond its control;
- Tesla personnel will turn off any photo or video capturing devices, such as dashboard cameras, once they receive the vehicle in preparation for service and your vehicle's Tesla dash cam will be enabled when you pick up your Tesla from this Service visit;
- Labor charges are not based solely on actual service personnel's time but are aggregate prices for specific services or repairs, which may include flat rates based on industry manuals and vehicle condition;
- Waste storage and disposal fees are charged separately when applicable to specific services or repairs, and represent costs and profits to Tesla which are calculated based on average annualized costs across Tesla service facilities;
- Items purchased over the counter or online directly from Tesla may be returned within 30 days with a proof of purchase and must be in their original and uninstalled condition with factory labeling attached and in factory packaging (if supplied);
- Tesla branded parts purchased directly from Tesla over the counter, online or purchased and installed by Tesla Service are covered under the Tesla Parts, Body, and Paint Repair Limited Warranty for a period of 12 months subject to the applicable terms, conditions and exclusions and available at https://www.tesla.com/support/vehicle warranty;
- All charges for repairs, including labor, parts and materials furnished, are due and payable simultaneously with the return of your vehicle or prior to return upon the expiration of three (3) working days after notice has been sent by Tesla that the vehicle is ready;
- If applicable, you have the right to choose the licensed repair shop where the damage to your vehicle will be repaired;
- All crash parts supplied meet the standards used in manufacturing the original equipment replaced;
- If any repair, storage and other applicable fees remain unpaid for thirty (30) days after a request for payment, Tesla may pursue collection and you will be responsible for paying all reasonable attorney's fees and costs for such collection;
- If provided a loaner or rental vehicle, the vehicle must be returned within 24 hours of such notification or a daily usage rate of up to $100 USD and applicable fees will be charged until the return of such loaner vehicle;
- The repair work may not be completed prior to the date and time noted under Date/Time Promised and Tesla may adjust the estimated completion date upon notification to you and is not responsible for any delays caused by the unavailability of parts or parts shipments; and
- Tesla (and any of its subsidiaries) may contact you via emails, calls, SMS or other messages including through the Tesla app (collectively, "messages") to obtain authorization and provide updates regarding this Service visit and your vehicle. Standard SMS message and data rates may apply. You can withdraw your consent to receive automated SMS messages at any time by replying "STOP"or providing written notification to Tesla's customer representative.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT C**

PLAINTIFFS' COMPLAINT FOR DAMAGES



# THE MARGARIAN LAW FIRM

462 West Colorado Street | Glendale, CA 91204
Main 818.553.1000 | Fax 818.553.1005

April 11, 2024

**VIA U.S. MAIL**

Tesla Motors, Inc.                         Tesla Motors, Inc.
1 Tesla Road                               45500 Fremont Blvd.
Austin, TX 78725                           Fremont, CA 94538

C T Corporation System
c/o Tesla Motors, Inc.
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

|  |  |
|---|---|
| ***Re:*** | ***Arakelyan, Lilit; Hakobyan Taron v. Tesla Motors, Inc., a Delaware Corporation*** |
| ***Vehicle:*** | ***2023 Tesla Model X*** |
| ***VIN:*** | ***7SAXCBE58PF367233*** |
| ***Our File No.:*** | ***L240305-3763*** |

Dear Sir or Madam:

Pursuant to California Civil Code 1793.22(b) (3), please be advised that this office represents the above-named individuals regarding claims against Tesla Motors, Inc., a Delaware Corporation (hereafter referred to as "Tesla") pursuant to the California Song-Beverly Consumer Warranty Act ("Lemon Law") and the Federal Magnuson-Moss Warranty Act with regard to the above-referenced vehicle. Please direct all future contacts and correspondences to our office as such.

**Having been formally notified of our representation, you are instructed not to contact our clients under any circumstances. Direct all inquiries to this office. If you fail to act in conformity with this directive, injunctive relief will be sought against you.**

**Pursuant to California Civil Code 1794 (d) and/or 15 U.S.C. 2310(d), you are hereby notified that any settlement made with our clients requires payment of our attorneys' fees. If you settle directly with our clients and do not make arrangements for payment of our attorneys' fees, we will file suit against you. In addition, you are hereby notified of our attorneys' lien.**

1



# THE MARGARIAN LAW FIRM

462 West Colorado Street | Glendale, CA 91204
Main 818.553.1000 | Fax 818.553.1005

There are numerous defects and non-conformities present in my clients' automobile for which relief is sought, and numerous attempts to repair the vehicle have been unsuccessful. These defects and non-conformities include, but are not limited to:

1. Defective front fascia fender – over one (1) failed repair attempts;
2. Defective driver side window regulator – over two (2) failed repair attempts;
3. Defective roof glass – over one (1) failed repair attempts;
4. Defective falcon wing door – over five (5) failed repair attempts;
5. Defective falcon wing door latch – over five (5) failed repair attempts;
6. Defective rear left passenger falcon door ultrasonic sensor – over five (5) failed repair attempts;
7. Defective right rear door – over five (5) failed repair attempts;
8. Defective right riser – over five (5) failed repair attempts;
9. Defective right rear falcon door seals – over five (5) failed repair attempts;
10. Defective all 4 doors seals – over five (5) failed repair attempts;
11. Defective charge port door – over one (1) failed repair attempts;
12. Defective trunk exterior release button – over two (2) failed repair attempts;
13. Defective dashboard trim – over two (2) failed repair attempts;
14. Defective dashboard mounting – over two (2) failed repair attempts;
15. Any additional complaints made by my clients, whether or not they are contained in your company's records or on any repair orders.

The defects and non-conformities listed above constitute a substantial impairment in the use, value and safety of the subject vehicle. As you can see in your records, my clients have been most accommodating with respect to the constant and continuing problems with the subject vehicle. Despite nine (9) failed repair visits for the same non-conformities, the subject vehicle remains defective. As such, the subject vehicle qualifies for a statutory repurchase under the presumption clause of the Song-Beverly Consumer Warranty Act. Therefore, there has been a failure and refusal to conform the subject vehicle to its expressed and implied warranties under the law. Because of these defects and non-conformities, my clients have justifiably lost confidence in the vehicle and have limited use of the vehicle. When my clients acquired the vehicle, my clients did not expect to receive a defective vehicle.

Therefore, you are hereby notified that my clients are revoking acceptance of this vehicle. My clients have directed me to demand the cancellation of the contracts and the return of all funds paid towards this vehicle, including any trade-in value given, all collateral charges, finance charges and incidental and consequential damages, plus civil penalties. The subject vehicle clearly meets the definition of a "lemon" under the Song-Beverly Consumer Warranty Act. Tesla is obligated to offer a statutory repurchase/refund. Tesla's failure to do so constitutes a willful breach of the warranty terms and entitles our clients to a recovery of civil penalties twice in the amount of the original contracted sum.

2



# THE MARGARIAN LAW FIRM

462 West Colorado Street | Glendale, CA 91204
Main 818.553.1000 | Fax 818.553.1005

Our attorneys' fees are minimal at this stage, and we would prefer to resolve this matter without the need for any more time spent on our part or on the part of your attorneys. Accordingly, if you wish to resolve this matter amicably, please feel free to contact my office. If the matter has not been resolved within thirty (30) days from the date of this letter, a lawsuit will be filed.

Failure to offer a remedy within the herein noted deadline or a unilateral request for or statement of self-granted extension of time for pre-litigation evaluation shall not be acceptable and shall be deemed a refusal to offer a timely remedy under the Song-Beverly Consumer Warranty Act. The only acceptable remedy shall be either an unequivocal offer to provide a statutory refund plus fees or an offer to provide a statutory refund plus fees upon confirmation of the history of listed non-conformities, within the herein stated deadline.

Very truly yours,

*/s/ Hovanes Margarian*

Hovanes Margarian
Attorney at Law

3



# THE MARGARIAN LAW FIRM

AUTOMOTIVE LITIGATION ATTORNEYS

462 West Colorado Street
Glendale, CA 91204



PITNEY BOWES
$0.64 9
US POSTAGE
FIRST-CLASS
028W0002310818
2000406233
ZIP 91204
APR 11 2024

C T Corporation System
c/o Tesla Motors, Inc.
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

1-866-97-LEMON (1-866-975-3666)
www.MargarianLaw.com
Consumer Class Action — Lemon Law — Auto Dealer Fraud



# THE MARGARIAN LAW FIRM

AUTOMOTIVE LITIGATION ATTORNEYS

462 West Colorado Street
Glendale, CA 91204



Tesla Motors, Inc.
1 Tesla Road
Austin, TX 78725

1-866-97-LEMON (1-866-975-3666)
www.MargarianLaw.com
Consumer Class Action – Lemon Law – Auto Dealer Fraud



# THE MARGARIAN LAW FIRM

AUTOMOTIVE LITIGATION ATTORNEYS

462 West Colorado Street
Glendale, CA 91204




$0.649
US POSTAGE
FIRST-CLASS
ZIP 91204
APR 11 2024

Tesla Motors, Inc.
45500 Fremont Blvd.
Fremont, CA 94538

1-866-97-LEMON (1-866-975-3666)
www.MargarianLaw.com
Consumer Class Action – Lemon Law – Auto Dealer Fraud

1  Hovanes Margarian, SBN 246359
   hovanesm@margarianlaw.com
2  Armen Margarian, SBN 313775
   armenm@margarianlaw.com
3  Shushanik Margarian, SBN 318617
   shushanik@margarianlaw.com
4  THE MARGARIAN LAW FIRM
   462 West Colorado Street
5  Glendale, California 91204
   Telephone Number: (818) 553-1000
6  Facsimile Number: (818) 553-1005

7  Attorneys for Plaintiffs
   LILIT ARAKELYAN
8  TARON HAKOBYAN

Electronically FILED by
Superior Court of California,
County of Los Angeles
5/17/2024 4:34 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By N. Le, Deputy Clerk

9          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10     **THE COUNTY OF LOS ANGELES, NORTHEAST JUDICIAL DISTRICT**

11

12  LILIT ARAKELYAN, an individual; TARON       Case No.:  24NNCV01682
    HAKOBYAN, an individual,
13                                              **PLAINTIFFS' STATEMENT OF DAMAGES**
                    Plaintiffs,
14
    vs.
15
    TESLA MOTORS, INC., a Delaware Corporation;
16  and DOES 1 through 30, inclusive,

17              Defendants.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  NOW COME Plaintiffs LILIT ARAKELYAN, an individual; TARON HAKOBYAN, an

2  individual ("Plaintiffs"), by and through Plaintiffs' attorneys of record, The Margarian Law Firm, with

3  Plaintiffs' Statement of Damages against Defendants TESLA MOTORS, INC., a Delaware Corporation;

4  and DOES 1 through 30, inclusive, allege and affirmatively state as follows:

5  **<u>DAMAGES</u>**

6  1.  Actual Damages:

7        a.  Cost of Sale: One Hundred Forty-Eight Thousand Eighty-Nine Dollars and Eighty-

8           One Cents ($148,089.81).

9  2.  Civil penalties pursuant to Magnuson-Moss Warranty Act, UCC, and California Code:

10        a.  Twice the actual damages, hence Two Hundred Ninety-Six Thousand One Hundred

11           Seventy-Nine Dollars and Sixty-Two Cents ($296,179.62)

12  3.  Attorneys' fees:

13        a.  At an hourly rate of Seven Hundred Fifty Dollars and No Cents ($750.00)

14  4.  Costs:

15      Filing Fees                     Four Hundred Thirty-Five Dollars and No Cents ($435.00)

16      e-Filing Fees                 Twenty-Five Dollars and Eighty-Three Cents ($25.83)

17      Service of Process Fees       Eighty Dollars and No Cents ($80.00)

18      Sub-Total                   Five Hundred Forty Dollars and Eighty-Three Cents

19                                  ($540.83)

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    Grand total of Four Hundred Forty-Two Thousand Eight Hundred Ten Dollars and Twenty-Six

2  Cents ($444,810.26) plus attorneys' fees to date at time of settlement or judgment. The proposed form of

3  judgment is an immediate cash payment of the aforementioned sums. This Statement of Damages is

4  subject to amendment.

5  DATED: 05/17/2024       THE MARGARIAN LAW FIRM

6               462 West Colorado Street
                Glendale, California 91204

7               By */s/ Hovanes Margarian*

8               Hovanes Margarian
               Attorney for Plaintiffs
               LILIT ARAKELYAN

9               TARON HAKOBYAN

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' STATEMENT OF DAMAGES

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Hovanes Margarian, SBN 246359; Armen Margarian, SBN 313775<br>THE MARGARIAN LAW FIRM, 462 West Colorado Street, Glendale, CA 91204 | |

TELEPHONE NO.: (818) 553-1000   FAX NO.: (818) 553-1005
EMAIL ADDRESS: hovanesm@margarianlaw.com
ATTORNEY FOR *(Name):* LILIT ARAKELYAN, an individual

**Electronically FILED by
Superior Court of California,
County of Los Angeles
5/17/2024 4:34 AM
David W. Slayton,
Executive Officer/Clerk of Court,
By N. Le, Deputy Clerk**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 300 East Walnut St.
MAILING ADDRESS: 300 East Walnut St.
CITY AND ZIP CODE: Pasadena, CA 91101
BRANCH NAME: Pasadena Courthouse

CASE NAME:
LILIT ARAKELYAN, et al. v. TESLA MOTORS, INC., et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| [x] Unlimited<br>(Amount<br>demanded<br>exceeds $35,000) | [ ] Limited<br>(Amount<br>demanded is<br>$35,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | 24NNCV01682<br>JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[x] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation
(Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [x] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary  b. [x] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* Nine (9)
5. This case [ ] is  [x] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 05/17/2024

Hovanes Margarian, Esq.
_____
(TYPE OR PRINT NAME)

▶ /s/ Hovanes Margarian
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courts.ca.gov*

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
   Damage/Wrongful Death
Uninsured Motorist (46) *(if the
   case involves an uninsured
   motorist claim subject to
   arbitration, check this item
   instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death) Tort**
Asbestos (04)
   Asbestos Property Damage
   Asbestos Personal Injury/
      Wrongful Death
Product Liability *(not asbestos or
   toxic/environmental)* (24)
Medical Malpractice (45)
   Medical Malpractice–
      Physicians & Surgeons
   Other Professional Health Care
      Malpractice
Other PI/PD/WD (23)
   Premises Liability (e.g., slip
      and fall)
   Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
   Intentional Infliction of
      Emotional Distress
   Negligent Infliction of
      Emotional Distress
   Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
   Practice (07)
Civil Rights (e.g., discrimination,
   false arrest) *(not civil
   harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
   Legal Malpractice
   Other Professional Malpractice
      *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
   Breach of Rental/Lease
      Contract *(not unlawful detainer
         or wrongful eviction)*
   Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
   Negligent Breach of Contract/
      Warranty
   Other Breach of Contract/Warranty
Collections (e.g., money owed, open
   book accounts) (09)
   Collection Case–Seller Plaintiff
   Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally
   complex)* (18)
   Auto Subrogation
   Other Coverage
Other Contract (37)
   Contractual Fraud
   Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
   Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
   Writ of Possession of Real Property
   Mortgage Foreclosure
   Quiet Title
   Other Real Property *(not eminent
      domain, landlord/tenant, or
      foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
   drugs, check this item; otherwise,
   report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
   Writ–Administrative Mandamus
   Writ–Mandamus on Limited Court
      Case Matter
   Writ–Other Limited Court Case Review
Other Judicial Review (39)
   Review of Health Officer Order
   Notice of Appeal–Labor Commissioner
      Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
   *(arising from provisionally complex
   case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
   Abstract of Judgment (Out of County)
   Confession of Judgment *(non-domestic
      relations)*
   Sister State Judgment
   Administrative Agency Award
      *(not unpaid taxes)*
   Petition/Certification of Entry of
      Judgment on Unpaid Taxes
   Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
   Declaratory Relief Only
   Injunctive Relief Only *(non-
      harassment)*
   Mechanics Lien
   Other Commercial Complaint
      Case *(non-tort/non-complex)*
   Other Civil Complaint
      *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
   Governance (21)
Other Petition *(not specified above)* (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief From Late Claim
   Other Civil Petition

---

CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Page 2 of 2

**For your protection and privacy, please press the Clear
This Form button after you have printed the form.**

| Print this form | Save this form | | Clear this form |

| SHORT TITLE | CASE NUMBER |
|---|---|
| LILIT ARAKELYAN, et al.  v. TESLA MOTORS, INC., et al. | |

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION

### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| Applicable Reasons for Choosing Courthouse Location (Column C) | |
|---|---|
| 1.  Class Actions must be filed in the Stanley Mosk Courthouse, Central District. | 7.  Location where petitioner resides. |
| 2.  Permissive filing in Central District. | 8.  Location wherein defendant/respondent functions wholly. |
| 3.  Location where cause of action arose. | 9.  Location where one or more of the parties reside. |
| 4.  Location where bodily injury, death or damage occurred. | 10.  Location of Labor Commissioner Office. |
| 5.  Location where performance required, or defendant resides. | 11.  Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection). |
| 6.  Location of property or permanently garaged vehicle. | |

| | A<br>Civil Case Cover<br>Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable<br>Reasons (see<br>Step 3 above) |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ 2201 Motor Vehicle – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | Uninsured Motorist (46) | ☐ 4601 Uninsured Motorist – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| **Other Personal Injury/ Property Damage/ Wrongful Death** | Other Personal Injury/ Property Damage/ Wrongful Death (23) | ☐ 2301 Premise Liability (e.g., dangerous conditions of property, slip/trip and fall, dog attack, etc.) | 1, 4 |
| | | ☐ 2302 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, battery, vandalism, etc.) | 1, 4 |
| | | ☐ 2303 Intentional Infliction of Emotional Distress | 1, 4 |
| | | ☐ 2304 Other Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | | ☐ 2305 Elder/Dependent Adult Abuse/Claims Against Skilled Nursing Facility | 1, 4 |
| | | ☐ 2306 Intentional Conduct – Sexual Abuse Case (in any form) | 1, 4 |

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

| SHORT TITLE | CASE NUMBER |
|---|---|
| LILIT ARAKELYAN, et al. v. TESLA MOTORS, INC., et al. | |

| | **A**<br>Civil Case Cover Sheet Case Type | **B**<br>Type of Action<br>(check only one) | **C**<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Other Personal Injury/ Property Damage/ Wrongful Death** | | ☐ 2307 Construction Accidents | 1, 4 |
| | | ☐ 2308 Landlord – Tenant Habitability (e.g., bed bugs, mold, etc.) | 1, 4 |
| | Product Liability (24) | ☐ 2401 Product Liability (not asbestos or toxic/ environmental) | 1, 4 |
| | | ☐ 2402 Product Liability – Song-Beverly Consumer Warranty Act (CA Civil Code §§1790-1795.8) (Lemon Law) | 1, 3, 5 |
| | Medical Malpractice (45) | ☐ 4501 Medical Malpractice – Physicians & Surgeons | 1, 4 |
| | | ☐ 4502 Other Professional Health Care Malpractice | 1, 4 |
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | Business Tort (07) | ☐ 0701 Other Commercial/Business Tort (not fraud or breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ 0801 Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ 1301 Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ 1601 Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ 2501 Legal Malpractice | 1, 2, 3 |
| | | ☐ 2502 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ 3501 Other Non-Personal Injury/Property Damage Tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ 3601 Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ 1501 Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ 1502 Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract / Warranty (06) (not insurance) | ☐ 0601 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ 0602 Contract/Warranty Breach – Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ 0603 Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ 0604 Other Breach of Contract/Warranty (no fraud/ negligence) | 1, 2, 5 |
| | | ☐ 0605 Breach of Rental/Lease Contract (COVID-19 Rental Debt) | 2, 5 |
| | Collections (09) | ☐ 0901 Collections Case – Seller Plaintiff | 5, 6, 11 |
| | | ☐ 0902 Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ 0903 Collections Case – Purchased Debt (charged off consumer debt purchased on or after January 1, 2014) | 5, 6, 11 |
| | | ☐ 0904 Collections Case – COVID-19 Rental Debt | 5, 11 |
| | Insurance Coverage (18) | ☐ 1801 Insurance Coverage (not complex) | 1, 2, 5, 8 |

| SHORT TITLE | CASE NUMBER |
|---|---|
| LILIT ARAKELYAN, et al.  v. TESLA MOTORS, INC., et al. | |

| | **A**<br>Civil Case Cover Sheet Case Type | **B**<br>Type of Action<br>(check only one) | **C**<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Contract** (Continued) | Other Contract (37) | ☑ 3701 Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ 3702 Tortious Interference | 1, 2, 3, 5 |
| | | ☐ 3703 Other Contract Dispute (not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/ Inverse Condemnation (14) | ☐ 1401 Eminent Domain/Condemnation<br>Number of Parcels _____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ 3301 Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ 2601 Mortgage Foreclosure | 2, 6 |
| | | ☐ 2602 Quiet Title | 2, 6 |
| | | ☐ 2603 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer – Commercial (31) | ☐ 3101 Unlawful Detainer – Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Residential (32) | ☐ 3201 Unlawful Detainer – Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Post Foreclosure (34) | ☐ 3401 Unlawful Detainer – Post Foreclosure | 2, 6, 11 |
| | Unlawful Detainer – Drugs (38) | ☐ 3801 Unlawful Detainer – Drugs | 2, 6, 11 |
| **Judicial Review** | Asset Forfeiture (05) | ☐ 0501 Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ 1101 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ 0201 Writ – Administrative Mandamus | 2, 8 |
| | | ☐ 0202 Writ – Mandamus on Limited Court Case Matter | 2 |
| | | ☐ 0203 Writ – Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ 3901 Other Writ/Judicial Review | 2, 8 |
| | | ☐ 3902 Administrative Hearing | 2, 8 |
| | | ☐ 3903 Parking Appeal | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ 0301 Antitrust/Trade Regulation | 1, 2, 8 |
| | Asbestos (04) | ☐ 0401 Asbestos Property Damage | 1, 11 |
| | | ☐ 0402 Asbestos Personal Injury/Wrongful Death | 1, 11 |

CIVIL CASE COVER SHEET ADDENDUM<br>AND STATEMENT OF LOCATION

| SHORT TITLE | CASE NUMBER |
|---|---|
| LILIT ARAKELYAN, et al.  v. TESLA MOTORS, INC., et al. | |

| | A<br>Civil Case Cover<br>Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable<br>Reasons (see<br>Step 3 above) |
|---|---|---|---|
| **Provisionally Complex Litigation (Continued)** | Construction Defect (10) | ☐ 1001 Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ 4001 Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ 2801 Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ 3001 Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ 4101 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ 2001 Sister State Judgment | 2, 5, 11 |
| | | ☐ 2002 Abstract of Judgment | 2, 6 |
| | | ☐ 2004 Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ 2005 Petition/Certificate for Entry of Judgment Unpaid Tax | 2, 8 |
| | | ☐ 2006 Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ 2701 Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (not specified above) (42) | ☐ 4201 Declaratory Relief Only | 1, 2, 8 |
| | | ☐ 4202 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ 4203 Other Commercial Complaint Case (non-tort/noncomplex) | 1, 2, 8 |
| | | ☐ 4204 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ 2101 Partnership and Corporation Governance Case | 2, 8 |
| | Other Petitions (not specified above) (43) | ☐ 4301 Civil Harassment with Damages | 2, 3, 9 |
| | | ☐ 4302 Workplace Harassment with Damages | 2, 3, 9 |
| | | ☐ 4303 Elder/Dependent Adult Abuse Case with Damages | 2, 3, 9 |
| | | ☐ 4304 Election Contest | 2 |
| | | ☐ 4305 Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ 4306 Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ 4307 Other Civil Petition | 2, 9 |

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

LASC Local Rule 2.3

| SHORT TITLE | CASE NUMBER |
|---|---|
| LILIT ARAKELYAN, et al.  v. TESLA MOTORS, INC., et al. | |

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address, which is the basis for the filing location including zip code. (No address required for class action cases.)

| REASON:<br>☐ 1. ☑ 2. ☐ 3. ☐ 4. ☐ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐ 11 | ADDRESS:<br>8320 Bellingham Avenue | | |
|---|---|---|---|
| CITY:<br>Sun Valley | STATE:<br>CA | ZIP CODE:<br>91352 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the  Northeast Judicial  District of the Superior Court of California, County of Los Angeles [Code of Civ. Proc., 392 et seq., and LASC Local Rule 2.3(a)(1)(E)]

Dated:  05/17/2024

/s/ Hovanes Margarian

(SIGNATURE OF ATTORNEY/FILING PARTY

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form LASC CIV 109 (01/23).
5. Payment in full of the filing fee, unless there is a court order for waiver, partial or schedule payments.
6. A signed order appointing a Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court to issue a Summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the Summons and Complaint, or other initiating pleading in the case.

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

TESLA MOTORS, INC., a Delaware Corporation, and DOES 1 through 30, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

LILIT ARAKELYAN, an individual; TARON HAKOBYAN, an individual

| FOR COURT USE ONLY |
|---|
| *(SOLO PARA USO DE LA CORTE)* |
| Electronically FILED by Superior Court of California, County of Los Angeles 5/17/2024 4:34 AM David W. Slayton, Executive Officer/Clerk of Court, By N. Le, Deputy Clerk |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es:)* Los Angeles Superior Court ~~Pasadena Courthouse~~ 300 East Walnut St., Pasadena, CA 91101  ALHAMBRA COURTHOUSE 150 WEST COMMONWEALTH AVENUE ALHAMBRA, CA 91801 | CASE NUMBER: *(Número del Caso:)* 24NNCV01682 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es:)*
Hovanes Margarian SBN 246359; Armen Margarian SBN 313775, Shushanik Margarian SBN 318617, The Margarian Law Firm , 462 West Colorado Street, Glendale, CA 91204, Tel: (818) 553-1000

**David W. Slayton, Executive Officer/Clerk of Court**

| | | | |
|---|---|---|---|
| DATE: *(Fecha)* | 05/17/2024 | Clerk, by *(Secretario)* N. Le | , Deputy *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

| [SEAL] | **NOTICE TO THE PERSON SERVED:** You are served |
|---|---|
| | 1. ☐ as an individual defendant. |
| | 2. ☐ as the person sued under the fictitious name of *(specify):* |
| | 3. ☒ on behalf of *(specify):* TESLA MOTORS, INC., a Delaware Corporation |

under: ☒ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)

☐ other *(specify):*

4. ☒ by personal delivery on *(date):* 5/23/24

| | | |
|---|---|---|
| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 www.courtinfo.ca.gov |

 **Superior Court of California, County of Los Angeles**

---

# ALTERNATIVE DISPUTE RESOLUTION (ADR)
# INFORMATION PACKAGE

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS** must serve this ADR Information Package on any new parties named to the action with the cross-complaint.

---

### What is ADR?
ADR helps people find solutions to their legal disputes without going to trial. The main types of ADR are negotiation, mediation, arbitration, and settlement conferences. When ADR is done by phone, videoconference or computer, it may be called Online Dispute Resolution (ODR). These alternatives to litigation and trial are described below.

### Advantages of ADR
- **Saves Time:** ADR is faster than going to trial.
- **Saves Money:** Parties can save on court costs, attorney's fees, and witness fees.
- **Keeps Control** (with the parties): Parties choose their ADR process and provider for voluntary ADR.
- **Reduces Stress/Protects Privacy:** ADR is done outside the courtroom, in private offices, by phone or online.

### Disadvantages of ADR
- **Costs:** If the parties do not resolve their dispute, they may have to pay for ADR, litigation, and trial.
- **No Public Trial:** ADR does not provide a public trial or decision by a judge or jury.

### Main Types of ADR
1. **Negotiation:** Parties often talk with each other in person, or by phone or online about resolving their case with a settlement agreement instead of a trial. If the parties have lawyers, they will negotiate for their clients.

2. **Mediation:** In mediation, a neutral mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to try to create a settlement agreement that is acceptable to all. Mediators do not decide the outcome. Parties may go to trial if they decide not to settle.

   #### Mediation may be appropriate when the parties
   - want to work out a solution but need help from a neutral person.
   - have communication problems or strong emotions that interfere with resolution.

   #### Mediation may not be appropriate when the parties
   - want a public trial and want a judge or jury to decide the outcome.
   - lack equal bargaining power or have a history of physical/emotional abuse.

## How to Arrange Mediation in Los Angeles County

Mediation for **civil cases** is voluntary and parties may select any mediator they wish.  Options include:

a. **The Civil Mediation Vendor Resource List**
   If all parties in an active civil case agree to mediation, they may contact these organizations to request a "Resource List Mediation" for mediation at reduced cost or no cost (for selected cases).

   - **ADR Services, Inc.** Assistant Case Manager Janet Solis, janet@adrservices.com (213) 683-1600
   - **Mediation Center of Los Angeles** Program Manager info@mediationLA.org (833) 476-9145

   **These organizations cannot accept every case and they may decline cases at their discretion.**  They may offer online mediation by video conference for cases they accept.  Before contacting these organizations, review important information and FAQs at www.lacourt.org/ADR.Res.List

   **NOTE:  The Civil Mediation Vendor Resource List program does not accept family law, probate, or small claims cases.**

b. **Los Angeles County Dispute Resolution Programs.**  Los Angeles County-funded agencies provide mediation services on the day of hearings in small claims, unlawful detainer (eviction), civil harassment, and limited civil (collections and non-collection) cases. https://dcba.lacounty.gov/countywidedrp/

   **Online Dispute Resolution (ODR).**  Parties in small claims and unlawful detainer (eviction) cases should carefully review the Notice and other information they may receive about (ODR) requirements for their case.  https://my.lacourt.org/odr/

c. Mediators and ADR and Bar organizations that provide mediation may be found on the internet.

3. **Arbitration:**  Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome.  In "binding" arbitration, the arbitrator's decision is final; there is no right to trial.  In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision.  For more information about arbitration, visit https://www.courts.ca.gov/programs-adr.htm

4. **Mandatory Settlement Conferences (MSC):**  MSCs are ordered by the Court and are often held close to the trial date or on the day of trial.  The parties and their attorneys meet with a judge or settlement officer who does not make a decision but who instead assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement.  For information about the Court's MSC programs for civil cases, visit https://www.lacourt.org/division/civil/CI0047.aspx

Los Angeles Superior Court ADR website:  https://www.lacourt.org/division/civil/CI0109.aspx
For general information and videos about ADR, visit http://www.courts.ca.gov/programs-adr.htm

## VOLUNTARY EFFICIENT LITIGATION STIPULATIONS



**Superior Court of California
County of Los Angeles**



**Los Angeles County
Bar Association
Litigation Section**

**Los Angeles County
Bar Association Labor and
Employment Law Section**



**Consumer Attorneys
Association of Los Angeles**



**Southern California
Defense Counsel**



**Association of
Business Trial Lawyers**



**California Employment
Lawyers Association**

The Early Organizational Meeting Stipulation, Discovery Resolution Stipulation, and Motions in Limine Stipulation are voluntary stipulations entered into by the parties. The parties may enter into one, two, or all three of the stipulations; however, they may not alter the stipulations as written, because the Court wants to ensure uniformity of application. These stipulations are meant to encourage cooperation between the parties and to assist in resolving issues in a manner that promotes economic case resolution and judicial efficiency.

*The following organizations endorse the goal of promoting efficiency in litigation and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases.*

◆**Los Angeles County Bar Association Litigation Section**◆

◆ **Los Angeles County Bar Association
Labor and Employment Law Section**◆

◆**Consumer Attorneys Association of Los Angeles**◆

◆**Southern California Defense Counsel**◆

◆**Association of Business Trial Lawyers**◆

◆**California Employment Lawyers Association**◆

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| | | |
| **TELEPHONE NO.:**   FAX NO. (Optional): | | |
| **E-MAIL ADDRESS** (Optional): | | |
| **ATTORNEY FOR** (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

| COURTHOUSE ADDRESS: | |
|---|---|
| PLAINTIFF: | |
| DEFENDANT: | |

| **STIPULATION – EARLY ORGANIZATIONAL MEETING** | CASE NUMBER: |
|---|---|

**This stipulation is intended to encourage cooperation among the parties at an early stage in the litigation and to assist the parties in efficient case resolution.**

**The parties agree that:**

1. The parties commit to conduct an initial conference (in-person or via teleconference or via videoconference) within 15 days from the date this stipulation is signed, *to discuss and consider whether there can be agreement on the following*:

   a. Are motions to challenge the pleadings necessary? If the issue can be resolved by amendment as of right, or if the Court would allow leave to amend, could an amended complaint resolve most or all of the issues a demurrer might otherwise raise? If so, the parties agree to work through pleading issues so that a demurrer need only raise issues they cannot resolve. Is the issue that the defendant seeks to raise amenable to resolution on demurrer, or would some other type of motion be preferable? Could a voluntary targeted exchange of documents or information by any party cure an uncertainty in the pleadings?

   b. Initial mutual exchanges of documents at the "core" of the litigation. (For example, in an employment case, the employment records, personnel file and documents relating to the conduct in question could be considered "core." In a personal injury case, an incident or police report, medical records, and repair or maintenance records could be considered "core.");

   c. Exchange of names and contact information of witnesses;

   d. Any insurance agreement that may be available to satisfy part or all of a judgment, or to indemnify or reimburse for payments made to satisfy a judgment;

   e. Exchange of any other information that might be helpful to facilitate understanding, handling, or resolution of the case in a manner that preserves objections or privileges by agreement;

   f. Controlling issues of law that, if resolved early, will promote efficiency and economy in other phases of the case. Also, when and how such issues can be presented to the Court;

   g. Whether or when the case should be scheduled with a settlement officer, what discovery or court ruling on legal issues is reasonably required to make settlement discussions meaningful, and whether the parties wish to use a sitting judge or a private mediator or other options as

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

discussed in the "Alternative Dispute Resolution (ADR) Information Package" served with the complaint;

h.  Computation of damages, including documents, not privileged or protected from disclosure, on which such computation is based;

i.  Whether the case is suitable for the Expedited Jury Trial procedures (see information at ***www.lacourt.org*** under "*Civil*" and then under "*General Information*").

2.  The time for a defending party to respond to a complaint or cross-complaint will be extended to _____ for the complaint, and _____ for the cross-
    <span style="font-size:small">(INSERT DATE)</span>                                    <span style="font-size:small">(INSERT DATE)</span>
    complaint, which is comprised of the 30 days to respond under Government Code § 68616(b), and the 30 days permitted by Code of Civil Procedure section 1054(a), good cause having been found by the Civil Supervising Judge due to the case management benefits provided by this Stipulation. A copy of the General Order can be found at *www.lacourt.org* under "*Civil*", click on "*General Information*", then click on "*Voluntary Efficient Litigation Stipulations*".

3.  The parties will prepare a joint report titled "Joint Status Report Pursuant to Initial Conference and Early Organizational Meeting Stipulation, and if desired, a proposed order summarizing results of their meet and confer and advising the Court of any way it may assist the parties' efficient conduct or resolution of the case. The parties shall attach the Joint Status Report to the Case Management Conference statement, and file the documents when the CMC statement is due.

4.  References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day

The following parties stipulate:

Date:

_____          ➤ _____
        (TYPE OR PRINT NAME)                          (ATTORNEY FOR PLAINTIFF)
Date:

_____          ➤ _____
        (TYPE OR PRINT NAME)                          (ATTORNEY FOR DEFENDANT)
Date:

_____          ➤ _____
        (TYPE OR PRINT NAME)                          (ATTORNEY FOR DEFENDANT)
Date:

_____          ➤ _____
        (TYPE OR PRINT NAME)                          (ATTORNEY FOR DEFENDANT)
Date:

_____          ➤ _____
        (TYPE OR PRINT NAME)                          (ATTORNEY FOR _____)
Date:

_____          ➤ _____
        (TYPE OR PRINT NAME)                          (ATTORNEY FOR _____)
Date:

_____          ➤ _____
        (TYPE OR PRINT NAME)                          (ATTORNEY FOR _____)

[ Print ]   [ Save ]                                                        [ Clear ]

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:          FAX NO. (Optional): | | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **STIPULATION – DISCOVERY RESOLUTION** | CASE NUMBER: |
|---|---|

**This stipulation is intended to provide a fast and informal resolution of discovery issues through limited paperwork and an informal conference with the Court to aid in the resolution of the issues.**

**The parties agree that:**

1. Prior to the discovery cut-off in this action, no discovery motion shall be filed or heard unless the moving party first makes a written request for an Informal Discovery Conference pursuant to the terms of this stipulation.

2. At the Informal Discovery Conference the Court will consider the dispute presented by parties and determine whether it can be resolved informally. Nothing set forth herein will preclude a party from making a record at the conclusion of an Informal Discovery Conference, either orally or in writing.

3. Following a reasonable and good faith attempt at an informal resolution of each issue to be presented, a party may request an Informal Discovery Conference pursuant to the following procedures:

    a. The party requesting the Informal Discovery Conference will:

        i. File a Request for Informal Discovery Conference with the clerk's office on the approved form (copy attached) and deliver a courtesy, conformed copy to the assigned department;

        ii. Include a brief summary of the dispute and specify the relief requested; and

        iii. Serve the opposing party pursuant to any authorized or agreed method of service that ensures that the opposing party receives the Request for Informal Discovery Conference no later than the next court day following the filing.

    b. Any Answer to a Request for Informal Discovery Conference must:

        i. Also be filed on the approved form (copy attached);

        ii. Include a brief summary of why the requested relief should be denied;

    iii.    Be filed within two (2) court days of receipt of the Request; and

    iv.    Be served on the opposing party pursuant to any authorized or agreed upon method of service that ensures that the opposing party receives the Answer no later than the next court day following the filing.

c.  No other pleadings, including but not limited to exhibits, declarations, or attachments, will be accepted.

d.  If the Court has not granted or denied the Request for Informal Discovery Conference within ten (10) days following the filing of the Request, then it shall be deemed to have been denied. If the Court acts on the Request, the parties will be notified whether the Request for Informal Discovery Conference has been granted or denied and, if granted, the date and time of the Informal Discovery Conference, which must be within twenty (20) days of the filing of the Request for Informal Discovery Conference.

e.  If the conference is not held within twenty (20) days of the filing of the Request for Informal Discovery Conference, unless extended by agreement of the parties and the Court, then the Request for the Informal Discovery Conference shall be deemed to have been denied at that time.

4.  If (a) the Court has denied a conference or (b) one of the time deadlines above has expired without the Court having acted or (c) the Informal Discovery Conference is concluded without resolving the dispute, then a party may file a discovery motion to address unresolved issues.

5.  The parties hereby further agree that the time for making a motion to compel or other discovery motion is tolled from the date of filing of the Request for Informal Discovery Conference until (a) the request is denied or deemed denied or (b) twenty (20) days after the filing of the Request for Informal Discovery Conference, whichever is earlier, unless extended by Order of the Court.

It is the understanding and intent of the parties that this stipulation shall, for each discovery dispute to which it applies, constitute a writing memorializing a "specific later date to which the propounding [or demanding or requesting] party and the responding party have agreed in writing," within the meaning of Code Civil Procedure sections 2030.300(c), 2031.320(c), and 2033.290(c).

6.  Nothing herein will preclude any party from applying *ex parte* for appropriate relief, including an order shortening time for a motion to be heard concerning discovery.

7.  Any party may terminate this stipulation by giving twenty-one (21) days notice of intent to terminate the stipulation.

8.  References to "days" mean calendar days, unless otherwise noted. If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day.

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

## The following parties stipulate:

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR PLAINTIFF)

➤ _____
(ATTORNEY FOR DEFENDANT)

➤ _____
(ATTORNEY FOR DEFENDANT)

➤ _____
(ATTORNEY FOR DEFENDANT)

➤ _____
(ATTORNEY FOR _____)

➤ _____
(ATTORNEY FOR _____)

➤ _____
(ATTORNEY FOR _____)



| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:  FAX NO. (Optional): E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **INFORMAL DISCOVERY CONFERENCE** (pursuant to the Discovery Resolution Stipulation of the parties) | CASE NUMBER: |
|---|---|

1.  This document relates to:

    ☐ Request for Informal Discovery Conference
    ☐ Answer to Request for Informal Discovery Conference

2.  Deadline for Court to decide on Request: _____ (Insert date 10 calendar days following filing of the Request).

3.  Deadline for Court to hold Informal Discovery Conference: _____ (Insert date 20 calendar days following filing of the Request).

4.  **For a Request for Informal Discovery Conference, briefly describe the nature of the discovery dispute, including the facts and legal arguments at issue. For an Answer to Request for Informal Discovery Conference, briefly describe why the Court should deny the requested discovery, including the facts and legal arguments at issue.**

LACIV 094 (new)
LASC Approved 04/11
For Optional Use

**INFORMAL DISCOVERY CONFERENCE**
(pursuant to the Discovery Resolution Stipulation of the parties)

[ Print ]   [ Save ]   [ Clear ]

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| **TELEPHONE NO.:**  FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | | |

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES** | |
|---|---|
| COURTHOUSE ADDRESS: | |
| PLAINTIFF: | |
| DEFENDANT: | |

| **STIPULATION AND ORDER – MOTIONS IN LIMINE** | CASE NUMBER: |
|---|---|

**This stipulation is intended to provide fast and informal resolution of evidentiary issues through diligent efforts to define and discuss such issues and limit paperwork.**

**The parties agree that:**

1. At least _____ days before the final status conference, each party will provide all other parties with a list containing a one paragraph explanation of each proposed motion in limine. Each one paragraph explanation must identify the substance of a single proposed motion in limine and the grounds for the proposed motion.

2. The parties thereafter will meet and confer, either in person or via teleconference or videoconference, concerning all proposed motions in limine. In that meet and confer, the parties will determine:

   a. Whether the parties can stipulate to any of the proposed motions. If the parties so stipulate, they may file a stipulation and proposed order with the Court.

   b. Whether any of the proposed motions can be briefed and submitted by means of a short joint statement of issues. For each motion which can be addressed by a short joint statement of issues, a short joint statement of issues must be filed with the Court 10 days prior to the final status conference. Each side's portion of the short joint statement of issues may not exceed three pages. The parties will meet and confer to agree on a date and manner for exchanging the parties' respective portions of the short joint statement of issues and the process for filing the short joint statement of issues.

3. All proposed motions in limine that are not either the subject of a stipulation or briefed via a short joint statement of issues will be briefed and filed in accordance with the California Rules of Court and the Los Angeles Superior Court Rules.

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

## The following parties stipulate:

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR PLAINTIFF)

➤ _____
(ATTORNEY FOR DEFENDANT)

➤ _____
(ATTORNEY FOR DEFENDANT)

➤ _____
(ATTORNEY FOR DEFENDANT)

➤ _____
(ATTORNEY FOR _____ )

➤ _____
(ATTORNEY FOR _____ )

➤ _____
(ATTORNEY FOR _____ )

## THE COURT SO ORDERS.

Date: _____

_____
JUDICIAL OFFICER



**FILED**

LOS ANGELES SUPERIOR COURT

MAY 1 1 2011

JOHN A. CLARKE, CLERK

BY NANCY NAVARRO, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

General Order Re                )    ORDER PURSUANT TO CCP 1054(a),
Use of Voluntary Efficient Litigation  )    EXTENDING TIME TO RESPOND BY
Stipulations                    )    30 DAYS WHEN PARTIES AGREE
                                )    TO EARLY ORGANIZATIONAL
                                )    MEETING STIPULATION
                                )

Whereas the Los Angeles Superior Court and the Executive Committee of the

Litigation Section of the Los Angeles County Bar Association have cooperated in

drafting "Voluntary Efficient Litigation Stipulations" and in proposing the stipulations for

use in general jurisdiction civil litigation in Los Angeles County;

Whereas the Los Angeles County Bar Association Litigation Section; the Los

Angeles County Bar Association Labor and Employment Law Section; the Consumer

Attorneys Association of Los Angeles; the Association of Southern California Defense

Counsel; the Association of Business Trial Lawyers of Los Angeles; and the California

Employment Lawyers Association all "endorse the goal of promoting efficiency in

litigation, and ask that counsel consider using these stipulations as a voluntary way to

promote communications and procedures among counsel and with the court to fairly

resolve issues in their cases;"

-1-

ORDER PURSUANT TO CCP 1054(a)

Whereas the Early Organizational Meeting Stipulation is intended to encourage cooperation among the parties at an early stage in litigation in order to achieve litigation efficiencies;

Whereas it is intended that use of the Early Organizational Meeting Stipulation will promote economic case resolution and judicial efficiency;

Whereas, in order to promote a meaningful discussion of pleading issues at the Early Organizational Meeting and potentially to reduce the need for motions to challenge the pleadings, it is necessary to allow additional time to conduct the Early Organizational Meeting before the time to respond to a complaint or cross complaint has expired;

Whereas Code of Civil Procedure section 1054(a) allows a judge of the court in which an action is pending to extend for not more than 30 days the time to respond to a pleading "upon good cause shown";

Now, therefore, this Court hereby finds that there is good cause to extend for 30 days the time to respond to a complaint or to a cross complaint in any action in which the parties have entered into the Early Organizational Meeting Stipulation.  This finding of good cause is based on the anticipated judicial efficiency and benefits of economic case resolution that the Early Organizational Meeting Stipulation is intended to promote.

IT IS HEREBY ORDERED that, in any case in which the parties have entered into an Early Organizational Meeting Stipulation, the time for a defending party to respond to a complaint or cross complaint shall be extended by the 30 days permitted

by Code of Civil Procedure section 1054(a) without further need of a specific court order.

DATED: _May 11, 2011_      _Carolyn B. Kuhl_

Carolyn B. Kuhl, Supervising Judge of the
Civil Departments, Los Angeles Superior Court

-3-

ORDER PURSUANT TO CCP 1054(a)

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF LOS ANGELES**<br><br>COURTHOUSE ADDRESS:<br>Alhambra Courthouse<br>150 West Commonwealth Avenue, Alhambra, CA 91801<br><br>**NOTICE OF CASE ASSIGNMENT**<br><br>**UNLIMITED CIVIL CASE** | Reserved for Clerk's File Stamp<br><br>**FILED**<br>Superior Court of California<br>County of Los Angeles<br>**05/17/2024**<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: _____ N. Le _____ Deputy |
| Your case is assigned for all purposes to the judicial officer indicated below. | CASE NUMBER:<br>24NNCV01682 |

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

| | ASSIGNED JUDGE | DEPT | ROOM | | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|---|
| ✔ | Ian C. Fusselman | T | | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record      David W. Slayton, Executive Officer / Clerk of Court

on 05/17/2024 _____      By N. Le _____, Deputy Clerk
    (Date)

LACIV 190 (Rev 6/18)      **NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**
LASC Approved 05/06

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within 15 days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

2019-GEN-014-00

**FILED**
Superior Court of California
County of Los Angeles

**MAY 03 2019**

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Rizalinda Mina

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

IN RE LOS ANGELES SUPERIOR COURT )    FIRST AMENDED GENERAL ORDER
— MANDATORY ELECTRONIC FILING )
FOR CIVIL )
)
)
)
_____ )

On December 3, 2018, the Los Angeles County Superior Court mandated electronic filing of all documents in Limited Civil cases by litigants represented by attorneys. On January 2, 2019, the Los Angeles County Superior Court mandated electronic filing of all documents filed in Non-Complex Unlimited Civil cases by litigants represented by attorneys. (California Rules of Court, rule 2.253(b).) All electronically filed documents in Limited and Non-Complex Unlimited cases are subject to the following:

1) **DEFINITIONS**

    a) **"Bookmark"**  A bookmark is a PDF document navigational tool that allows the reader to quickly locate and navigate to a designated point of interest within a document.

    b) **"Efiling Portal"**  The official court website includes a webpage, referred to as the efiling portal, that gives litigants access to the approved Electronic Filing Service Providers.

    c) **"Electronic Envelope"**  A transaction through the electronic service provider for submission of documents to the Court for processing which may contain one or more PDF documents attached.

    d) **"Electronic Filing"**  Electronic Filing (eFiling) is the electronic transmission to a Court of a document in electronic form. (California Rules of Court, rule 2.250(b)(7).)

---

e) **"Electronic Filing Service Provider"**  An Electronic Filing Service Provider (EFSP) is a person or entity that receives an electronic filing from a party for retransmission to the Court. In the submission of filings, the EFSP does so on behalf of the electronic filer and not as an agent of the Court.  (California Rules of Court, rule 2.250(b)(8).)

f) **"Electronic Signature"**  For purposes of these local rules and in conformity with Code of Civil Procedure section 17, subdivision (b)(3), section 34, and section 1010.6, subdivision (b)(2), Government Code section 68150, subdivision (g), and California Rules of Court, rule 2.257, the term "Electronic Signature" is generally defined as an electronic sound, symbol, or process attached to or logically associated with an electronic record and executed or adopted by a person with the intent to sign the electronic record.

g) **"Hyperlink"**  An electronic link providing direct access from one distinctively marked place in a hypertext or hypermedia document to another in the same or different document.

h) **"Portable Document Format"**  A digital document format that preserves all fonts, formatting, colors and graphics of the original source document, regardless of the application platform used.

2) MANDATORY ELECTRONIC FILING

a) Trial Court Records

Pursuant to Government Code section 68150, trial court records may be created, maintained, and preserved in electronic format.  Any document that the Court receives electronically must be clerically processed and must satisfy all legal filing requirements in order to be filed as an official court record (California Rules of Court, rules 2.100, et seq. and 2.253(b)(6)).

b) Represented Litigants

Pursuant to California Rules of Court, rule 2.253(b), represented litigants are required to electronically file documents with the Court through an approved EFSP.

c) Public Notice

The Court has issued a Public Notice with effective dates the Court required parties to electronically file documents through one or more approved EFSPs.  Public Notices containing effective dates and the list of EFSPs are available on the Court's website, at www.lacourt.org.

2019-GEN-014-00

d) Documents in Related Cases

Documents in related cases must be electronically filed in the eFiling portal for that case type if electronic filing has been implemented in that case type, regardless of whether the case has been related to a Civil case.

3) **EXEMPT LITIGANTS**

   a) Pursuant to California Rules of Court, rule 2.253(b)(2), self-represented litigants are exempt from mandatory electronic filing requirements.

   b) Pursuant to Code of Civil Procedure section 1010.6, subdivision (d)(3) and California Rules of Court, rule 2.253(b)(4), any party may make application to the Court requesting to be excused from filing documents electronically and be permitted to file documents by conventional means if the party shows undue hardship or significant prejudice.

4) **EXEMPT FILINGS**

   a) The following documents shall not be filed electronically:

      i) Peremptory Challenges or Challenges for Cause of a Judicial Officer pursuant to Code of Civil Procedure sections 170.6 or 170.3;

      ii) Bonds/Undertaking documents;

      iii) Trial and Evidentiary Hearing Exhibits

      iv) Any ex parte application that is filed concurrently with a new complaint including those that will be handled by a Writs and Receivers department in the Mosk courthouse; and

      v) Documents submitted conditionally under seal. The actual motion or application shall be electronically filed. A courtesy copy of the electronically filed motion or application to submit documents conditionally under seal must be provided with the documents submitted conditionally under seal.

   b) Lodgments

Documents attached to a Notice of Lodgment shall be lodged and/or served conventionally in paper form. The actual document entitled, "Notice of Lodgment," shall be filed electronically.

//

//

2019-GEN-014-00

5) ELECTRONIC FILING SYSTEM WORKING PROCEDURES

Electronic filing service providers must obtain and manage registration information for persons and entities electronically filing with the court.

6) TECHNICAL REQUIREMENTS

a) Electronic documents must be electronically filed in PDF, text searchable format **when** technologically feasible without impairment of the document's image.

b) The table of contents for any filing must be bookmarked.

c) Electronic documents, including but not limited to, declarations, proofs of service, and exhibits, must be bookmarked within the document pursuant to California Rules of Court, rule 3.1110(f)(4). Electronic bookmarks must include links to the first page of each bookmarked item (e.g. exhibits, declarations, deposition excerpts) and with bookmark titles that identify the bookedmarked item and briefly describe the item.

d) Attachments to primary documents must be bookmarked. Examples include, but are not limited to, the following:

    i)    Depositions;

    ii)   Declarations;

    iii)  Exhibits (including exhibits to declarations);

    iv)  Transcripts (including excerpts within transcripts);

    v)   Points and Authorities;

    vi)  Citations; and

    vii) Supporting Briefs.

e) Use of hyperlinks within documents (including attachments and exhibits) is strongly encouraged.

f) Accompanying Documents

Each document acompanying a single pleading must be electronically filed as a **separate** digital PDF document.

g) Multiple Documents

Multiple documents relating to one case can be uploaded in one envelope transaction.

2019-GEN-014-00

h)  Writs and Abstracts

Writs and Abstracts must be submitted as a separate electronic envelope.

i)  Sealed Documents

If and when a judicial officer orders documents to be filed under seal, those documents must be filed electronically (unless exempted under paragraph 4); the burden of accurately designating the documents as sealed at the time of electronic submission is the submitting party's responsibility.

j)  Redaction

Pursuant to California Rules of Court, rule 1.201, it is the submitting party's responsibility to redact confidential information (such as using initials for names of minors, using the last four digits of a social security number, and using the year for date of birth) so that the information shall not be publicly displayed.

7)  ELECTRONIC FILING SCHEDULE

a)  Filed Date

i)  Any document received electronically by the court between 12:00 am and 11:59:59 pm shall be deemed to have been effectively filed on that court day if accepted for filing.  Any document received electronically on a non-court day, is deemed to have been effectively filed on the next court day if accepted.    (California Rules of Court, rule 2.253(b)(6); Code Civ. Proc. § 1010.6(b)(3).)

ii)  Notwithstanding any other provision of this order, if a digital document is not filed in due course because of:  (1) an interruption in service; (2) a transmission error that is not the fault of the transmitter; or (3) a processing failure that occurs after receipt, the Court may order, either on its own motion or by noticed motion submitted with a declaration for Court consideration, that the document be deemed filed and/or that the document's filing date conform to the attempted transmission date.

8)  EX PARTE APPLICATIONS

a)  Ex parte applications and all documents in support thereof must be electronically filed no later than 10:00 a.m. the court day before the ex parte hearing.

FIRST AMENDED GENERAL ORDER RE MANDATORY ELECTRONIC FILING FOR CIVIL

b) Any written opposition to an ex parte application must be electronically filed by 8:30 a.m. the day of the ex parte hearing. A printed courtesy copy of any opposition to an ex parte application must be provided to the court the day of the ex parte hearing.

9) PRINTED COURTESY COPIES

a) For any filing electronically filed two or fewer days before the hearing, a courtesy copy must be delivered to the courtroom by 4:30 p.m. the same business day the document is efiled. If the efiling is submitted after 4:30 p.m., the courtesy copy must be delivered to the courtroom by 10:00 a.m. the next business day.

b) Regardless of the time of electronic filing, a printed courtesy copy (along with proof of electronic submission) is required for the following documents:

   i) Any printed document required pursuant to a Standing or General Order;

   ii) Pleadings and motions (including attachments such as declarations and exhibits) of 26 pages or more;

   iii) Pleadings and motions that include points and authorities;

   iv) Demurrers;

   v) Anti-SLAPP filings, pursuant to Code of Civil Procedure section 425.16;

   vi) Motions for Summary Judgment/Adjudication; and

   vii) Motions to Compel Further Discovery.

c) Nothing in this General Order precludes a Judicial Officer from requesting a courtesy copy of additional documents. Courtroom specific courtesy copy guidelines can be found at www.lacourt.org on the Civil webpage under "Courtroom Information."

10) WAIVER OF FEES AND COSTS FOR ELECTRONICALLY FILED DOCUMENTS

a) Fees and costs associated with electronic filing must be waived for any litigant who has received a fee waiver. (California Rules of Court, rules 2.253(b)(), 2.258(b), Code Civ. Proc. § 1010.6(d)(2).)

b) Fee waiver applications for waiver of court fees and costs pursuant to Code of Civil Procedure section 1010.6, subdivision (b)(6), and California Rules of Court, rule 2.252(f), may be electronically filed in any authorized action or proceeding.

2019-GEN-014-00

1) SIGNATURES ON ELECTRONIC FILING

For purposes of this General Order, all electronic filings must be in compliance with California Rules of Court, rule 2.257. This General Order applies to documents filed within the Civil Division of the Los Angeles County Superior Court.

This First Amended General Order supersedes any previous order related to electronic filing, and is effective immediately, and is to remain in effect until otherwise ordered by the Civil Supervising Judge and/or Presiding Judge.

DATED: May 3, 2019



KEVIN C. BRAZILE
Presiding Judge

FIRST AMENDED GENERAL ORDER RE MANDATORY ELECTRONIC FILING FOR CIVIL